# FINANCIAL AFFIDAVIT

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Santiago

FOR: 
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Julio Santiago

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-500
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed — CAR MECHANIC
- Name and address of employer: SELF EMPLOYED
- IF YES, how much do you earn per month? $1,000.00
- IF NO, give month and year of last employment / How much did you earn per month? $___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $___  NO

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: $700 — DESCRIPTION: MINIVAN DODGE CARAVAN 2 YR OLD, 1994  SEIZED UPON
  - VALUE: $2,000 — MERCEDES '89  6 MONTHS 04

## DEPENDENTS

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
- JULIO ANGEL SANTIAGO JR — SON
- FRANCESCA A. SANTIAGO — DAUGHTER, 17

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| RENT | LEOMINSTER HOSPITAL MA | $2,000+ | $975 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 10-28-004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Julio Santiago