➔AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

*United States*
*v.*
*Julio Santiago*

**APPEARANCE**

Case Number: _[handwritten]_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _defendant_

I certify that I am admitted to practice in this court.

_9 Nov 2004_
Date

_[signature]_
Signature

_[printed name]_                    _[bar number]_
Print Name                          Bar Number

_[address]_
Address

_[city]_     _RI_     _02909_
City         State    Zip Code

_[phone]_              _[fax]_
Phone Number           Fax Number