## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

1.    JULIO CARRION SANTIAGO,
2.    PEDRO ALBERTO MIRANDA,
       a/k/a "TAVO", a/k/a Carlos Colon,
3.    REYNALDO RIVERA, a/k/a "REY",
4.    ENRIQUE AGOSTO,
5.    JOSE TORRADO,
6.    CARLOS SANCHEZ,
7.    LUIS R. SANCHEZ, a/k/a "PITO,"
8.    EDWIN TORREZ, a/k/a "COQUI,
9.    JOSE O. RODRIGUEZ,
10.   ZULEIMA REYES, a/k/a "LINDA",
11.   SANTIAGO ARROYO, and
12.   JUAN NUNEZ.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# 04 CR 10336 NMG

Criminal No.

VIOLATIONS:

21 U.S.C. §846--
Conspiracy to Distribute Heroin
(Count I)

21 U.S.C. §841(a)(1)--
Distribution of Heroin
and Aiding and Abetting Same
(Counts II-VI)

18 U.S.C. §924(c)--
Possession of a Firearm in
Furtherance of a Drug Trafficking
Crime
(Count VII)

21 U.S.C. §853--
Criminal Forfeiture

## INDICTMENT

COUNT ONE:         (21 U.S.C. §846 -- Conspiracy to Possess With Intent to Distribute and
                            Distribute Heroin)

The Grand Jury charges that:

From in or about December 2003 to on or about October 15, 2004, in Lowell, Leominster,

Fitchburg, Dracut and elsewhere in the District of Massachusetts and in the Eastern District of New

York,

**1. JULIO CARRION SANTIAGO,**
**2. PEDRO ALBERTO MIRANDA, a/k/a TAVO, a/k/a Carlos Colon,**
**3. REYNALDO RIVERA, a/k/a "REY",**
**4. ENRIQUE AGOSTO,**
**5. JOSE TORRADO,**

**6. CARLOS SANCHEZ,**
**7. LUIS R. SANCHEZ, a/k/a "PITO,"**
**8. EDWIN TORREZ, a/k/a "COQUI,**
**9. JOSE O. RODRIGUEZ,**
**10. ZULEIMA REYES, a/k/a "LINDA",**
**11. SANTIAGO ARROYO, and**
**12. JUAN NUNEZ,**

defendants herein, did knowingly and intentionally combine, conspire and agree with each other and

other persons, known and unknown to the Grand Jury, to possess with intent to distribute, and

distribute, heroin, a Schedule I controlled substance in violation of Title 21, United States Code,

Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least one kilogram of a

mixture and a substance containing a detectable amount of heroin, a Schedule I controlled substance.

Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

-2-

**COUNT TWO:**        **(21 U.S.C. §841(a)(1) and 18 U.S.C. §2 -- Distribution and Possession with Intent to Distribute Heroin and Aiding and Abetting Same)**

The Grand Jury further charges that:

On or about December 10, 2003, in Lowell and elsewhere in the District of Massachusetts,

**3.  REYNALDO RIVERA, a/k/a "REY" and**
**13.  SANTIAGO ARROYO,**

defendants herein, did knowingly and intentionally possess with intent to distribute and distribute

heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United

States Code, Section 2.

<u>**COUNT THREE:**</u>    **(21 U.S.C. §841(a)(1) and 18 U.S.C. §2 -- Distribution and Possession with Intent to Distribute Heroin and Aiding and Abetting Same)**

The Grand Jury further charges that:

On or about December 18, 2003 in Lowell and elsewhere in the District of Massachusetts,

**3.  REYNALDO RIVERA, a/k/a "REY" and**
**10.  ZULEIMA REYES, a/k/a "LINDA",**

defendants herein, did knowingly and intentionally possess with intent to distribute and distribute

heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United

States Code, Section 2.

**COUNT FOUR:**       **(21 U.S.C. §841(a)(1) and 18 U.S.C. §2 -- Distribution and Possession with Intent to Distribute Heroin and Aiding and Abetting Same)**

The Grand Jury further charges that:

    On or about January 7, 2004 in Lowell and elsewhere in the District of Massachusetts,

**3.  REYNALDO RIVERA, a/k/a "REY" and**
**10.  ZULEIMA REYES, a/k/a "LINDA",**

defendants herein, did knowingly and intentionally possess with intent to distribute and distribute

heroin, a Schedule I controlled substance.

    All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United

States Code, Section 2.

**COUNT FIVE:**     **(21 U.S.C. §841(a)(1) and 18 U.S.C. §2 -- Distribution and Possession with Intent to Distribute Heroin and Aiding and Abetting Same)**

The Grand Jury further charges that:

On or about January 14, 2004 in Lowell and elsewhere in the District of Massachusetts,

**3.  REYNALDO RIVERA, a/k/a "REY" and**
**10.  ZULEIMA REYES, a/k/a "LINDA,"**

defendants herein, did knowingly and intentionally possess with intent to distribute and distribute

heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United

States Code, Section 2.

<u>COUNT SIX:</u>        **(21 U.S.C. §841(a)(1) and 18 U.S.C. §2 -- Distribution and Possession with Intent to Distribute Heroin and Aiding and Abetting Same)**

The Grand Jury further charges that:

On or about January 30, 2004 in Lowell and elsewhere in the District of Massachusetts,

**3. REYNALDO RIVERA, a/k/a "REY" and
10. ZULEIMA REYES, a/k/a "LINDA",**

defendants herein, did knowingly and intentionally possess with intent to distribute and distribute

heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United

States Code, Section 2.

**COUNT SEVEN**:    **(18 U.S.C. §924(c)---Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

The Grand Jury further charges that:

On or about October 15, 2004, in Leominster and elsewhere in the District of Massachusetts,

## 1. JULIO CARRION SANTIAGO,

defendant herein, did knowingly, in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States (to wit: the crime charged in Count I of this indictment),

possess a firearm (to wit: 9mm Luger; Model AP9, serial number 033232).

All in violation of Title 18, United States Code, Section 924(c).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1.  As to the offense charged in Count One of this indictment and relevant conduct as described in USSG §1B1.3, Defendant JULIO SANTIAGO is accountable for at least three kilograms but less than ten kilograms of heroin.  Accordingly, USSG 2D1.1(c)(3) applies to this defendant.

2.  As to the offense charged in Count One of this indictment, Defendant JULIO SANTIAGO was an organizer and leader of a criminal activity that involved five or more participants and was otherwise extensive.  Accordingly, USSG §3B1.1(a) applies to this defendant.

3.  As to the offense charged in Count One of this indictment and relevant conduct as described in USSG §1B1.3, Defendant PEDRO ALBERTO MIRANDA is accountable for at least 80 grams but less than 100 grams of heroin.  Accordingly, USSG §2D1.1(c)(8) applies to this defendant.

4.  At the time that he committed the offense in Count One of this indictment, PEDRO ALBERTO MIRANDA was at least eighteen years old and had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, USSG §§4B1.1 and 4B1.2 apply to this defendant.

5.  As to the offenses charged in Counts One through Six of this indictment and relevant conduct as described in USSG §1B1.3, Defendant REYNALDO RIVERA is accountable for at least 400 grams but less than 700 grams of heroin.  Accordingly, USSG §2D1.1(c)(6) applies to this defendant.

6.    As to the offenses charged in Counts One through Six of this indictment,
      REYNALDO RIVERA was an organizer, leader, manager and  supervisor in any
      criminal activity that did not involve five or more participants and was not otherwise
      extensive. Accordingly, USSG §3B1.1(c) applies to this defendant.

7.    As to the offense charged in Count One of this indictment and relevant conduct as
      described in USSG §1B1.3, Defendant CARLOS SANCHEZ is accountable for at
      least one kilogram but less than three kilograms of heroin.  Accordingly, USSG
      §2D1.1(c)(4) applies to this defendant.

8.    As to the offense charged in Count One of this indictment and relevant conduct as
      described in USSG §1B1.3, Defendant LUIS SANCHEZ is accountable for at least
      100 grams but less than 400 grams of heroin.  Accordingly, USSG §2D1.1(c)(7)
      applies to this defendant.

9.    As to the offense charged in Count One of this indictment and relevant conduct as
      described in USSG §1B1.3, Defendant JOSE TORRADO is accountable for  at least
      100 grams but less than 400 grams of heroin.  Accordingly, USSG §2D1.1(c)(7)
      applies.

10.   As to the offense charged in Count One of this indictment and relevant conduct as
      described in USSG §1B1.3, Defendant JOSE RODRIGUEZ is accountable for at
      least 100 grams but less than 400 grams of heroin. Accordingly, USSG §2D1.1(c)(7)
      applies.

11.   At the time that he committed the offense in Count One of this indictment, JOSE
      RODRIGUEZ was at least eighteen years old and had at least two prior felony

convictions of either a crime of violence or a controlled substance offense. Accordingly, USSG §§4B1.1 and 4B1.2 apply to this defendant.

12.    As to the offense charged in Count One of this indictment and relevant conduct as described in USSG §1B1.3, Defendant ENRIQUE AGOSTO is accountable for at least 400 grams but less than 700 grams of heroin. Accordingly, USSG §2D1.1(c)(6) applies to this defendant.

13.    At the time that he committed the offense in Count One of this indictment, ENRIQUE AGOSTO was at least eighteen years old and had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, USSG §§4B1.1 and 4B1.2 apply to this defendant.

14.    As to the offense charged in Count One of this indictment and relevant conduct as described in USSG §1B1.3, Defendant EDWIN TORREZ is accountable for at least 100 grams but less than 400 grams of heroin.  Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

15.    As to the offenses charged in Counts One and Two of this indictment and relevant conduct as described in USSG §1B1.3, Defendant SANTIAGO ARROYO is accountable for at least 5 grams but less than 10 grams of heroin.  Accordingly, USSG §2D1.1(c)(13) applies to this defendant.

16.    As to the offenses charged in Count One and Counts Three through Six of this indictment and relevant conduct as described in USSG §1B1.3, Defendant ZULEIMA REYES is accountable for at least 100 grams but less than 400 grams of heroin. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

17.    As to the offense charged in Count One of this indictment and relevant conduct as described in USSG §1B1.3, Defendant JUAN NUNEZ is accountable for at least one kilogram but less than three kilograms of heroin. Accordingly, USSG §2D1.1(c)(4) applies to this defendant.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts I through VI of this Indictment, the

defendants,

**1. JULIO CARRION SANTIAGO,**
**2. PEDRO ALBERTO MIRANDA, a/k/a "TAVO, a/k/a Carlos Colon,**
**3. REYNALDO RIVERA, a/k/a "REY",**
**4. ENRIQUE AGOSTO,**
**5. JOSE TORRADO,**
**6. CARLOS SANCHEZ,**
**7. LUIS R. SANCHEZ, a/k/a "PITO,"**
**8. EDWIN TORREZ, a/k/a "COQUI,**
**9. JOSE O. RODRIGUEZ,**
**10. ZULEIMA REYES, a/k/a "LINDA",**
**11. SANTIAGO ARROYO, and**
**12. JUAN NUNEZ,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the

defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or

intended to be used, in any manner or part, to commit, or to facilitate the commission of, such

violations, including without limitation:

a.    $6,200 in United States currency seized from 270 Fairmont Street, Apartment 1F, Fitchburg, Massachusetts, on October 15, 2004;

b.    $3,200 in United States currency seized from 235 Eighteenth Street, Apartment 204, Dracut, Massachusetts, on October 15, 2004;

c.    One blue 1994 Plymouth Voyager minivan, VIN 2P4GH45R5RR796331, bearing Massachusetts registration 5133XA, registered to SANTIAGO, seized in Brooklyn, New York on October 15, 2004; and

d.    One black 1999 GMC Yukon bearing Massachusetts, VIN 1GKEK13R4XJ766046, registration plate 4740YR, registered to RIVERA,

seized from 235 Eighteenth Street, Dracut, Massachusetts, on October 15, 2004.

2.    If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY

DEPUTY

_____
Denise Jefferson Casper
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                November 10, 2004 @ 3:55 PM


Returned into the District Court by the Grand Jury Foreperson and filed.


_____
Deputy Clerk


-15-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City**  _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County**  _MIDDLESEX/WORCESTER_     Superseding Ind./ Inf. _____    Case No. _____
                                                                          Same Defendant _____    New Defendant _____
                                                                          Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                                                          Search Warrant Case Number    _2004-M-00502-RBC_____
                                                                          R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  _JULIO CARRION SANTIAGO_____    Juvenile  ☐ Yes  ☒ No

Alias Name  _MACHO_____

Address  _264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): _1959_  SSN (last 4 #): _____ Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**    _John Cicilline, Esq._____    **Address:** _387 Atwells Avenue_____
                                                                                                          _Providence, RI 02909_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_____    Bar Number if applicable  _568116_____

**Interpreter:**        ☐ Yes ☒ No        List language and/or dialect: _____

**Matter to be SEALED:**        ☐ Yes    ☒ No

            ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**        _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004_____    in    _Plymouth House of Correction_____ .
☐ Already in State Custody _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ On Pretrial Release:  Ordered by _____    on _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    _2_____

Continue on Page 2 for Entry of U.S.C. Citations

☒        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:  NOVEMBER 10, 2004**        Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JULIO CARRION SANTIAGO _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   18 USC § 924(c) | Possession of firearm in furtherance of a drug Trafficking crime | 7 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency _DEA_____

City   _Lowell/Fitchburg/Leominster_    **Related Case Information:**

County   _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _____
                                  Same Defendant _____    New Defendant _____
                                  Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                  Search Warrant Case Number    _2004-M-00505-RBC_____
                                  R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   _PEDRO ALBERTO MIRANDA_____    Juvenile    ☐ Yes    ☒ No

Alias Name   _TAVO, Carlos Colon_____

Address   _212 WILDER ST., LOWELL, MA_____

Birth date (Year only): _1969_  SSN (last 4 #): _____ Sex ____ Race: _____ Nationality: _____

**Defense Counsel if known:**   **John Palmer, Esq.**_____    Address:  **24 School Street**_____
                                                                          **Boston, MA 02108**_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    **SPANISH**_____

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:    **October 15, 2004**_____

☒ **Already in Federal Custody as**  _October 15, 2004_____  **in**  **Plymouth House of Correction**_____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:  NOVEMBER 10, 2004**        Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**      PEDRO ALBERTO MIRANDA _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**