JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster  **Related Case Information:**

**County** MIDDLESEX/WORCESTER  Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  2004-M-00500-RBC
Search Warrant Case Number  2004-M-00501-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  REYNALDO RIVERA    Juvenile  ☐ Yes  ☒ No

Alias Name  REY

Address  235 18TH ST., APT 204 DRACUT, MA

Birth date (Year only): 1978  SSN (last 4 #): ____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known:  Carl Donaldson, Esq.    Address: 11 Beacon Street, Suite 600
                                                              Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER    Bar Number if applicable  568116

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  SPANISH

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  October 15, 2004

☒ Already in Federal Custody as  October 15, 2004  in  Plymouth House of Correction .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  NOVEMBER 10, 2004    Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant      REYNALDO RIVERA

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   ENRIQUE AGOSTO   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   1 SHATTUCK ST APT 303, LOWELL, MA

Birth date (Year only): 1964   SSN (last 4 #): ____   Sex ___  Race: _____   Nationality: _____

Defense Counsel if known:   Cathy Byrne, Esq.   Address: 408 Atlantic Avenue, 3rd Floor
                                                                  Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:**   October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   Plymouth House Of Correction .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____   on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004   **Signature of AUSA:** *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ENRIQUE AGOSTO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE TORRADO    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   241 MOODY STREET, LOWELL, MA

Birth date (Year only): 1980   SSN (last 4 #): ____   Sex ___   Race: _____   Nationality: _____

Defense Counsel if known:   Lenore M. Glaser, Esq.    Address: 25 Kingston Street
                                                                Boston, MA 02111
Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER    Bar Number if applicable   568116

Interpreter:   ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:   October 15, 2004

☒ Already in Federal Custody as   October 15, 2004    in   Plymouth House of Correction .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004    Signature of AUSA: *Denise Jefferson Casper*

※JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE TORRADO

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≦JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** 1   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number   2004-M-00503-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS SANCHEZ        Juvenile  ☐ Yes  ☒ No

Alias Name  CARLITOS

Address  270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA

Birth date (Year only): 1982   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

Defense Counsel if known:  Tony Scola, Esq.       Address: 47 Harvard Street
                                                            Worcester, MA 02609
Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER       Bar Number if applicable  568116

Interpreter:  ☐ Yes  ☒ No       List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested       ☒ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date:  October 15, 2004

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Judge Collings  on  November 3, 2004

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004       Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     CARLOS SANCHEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/.Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ   Juvenile   ☐ Yes   ☒ No

Alias Name   PITO

Address   427 ROSEWOOD LANE, LOWELL, MA

Birth date (Year only): 1974   SSN (last 4 #): ____   Sex ___   Race: _____   Nationality: _____

Defense Counsel if known:   Sean T. Delaney, Esq.   Address: 228 Central Street
Lowell, MA 01852

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   Judge Collings   on   October 21, 2004

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   NOVEMBER 10, 2004   Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     LUIS R. SANCHEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number   2004-M-00504-RBC
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** EDWIN TORREZ   Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 219 BLACK BROOK RD., LOWELL, MA

**Birth date (Year only):** 1965   **SSN (last 4 #):** _____   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** Victoria Bonilla-Argudo, Esq.   **Address:** 77 Central Street, 2nd Floor
Boston, MA 02109

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** DENISE JEFFERSON CASPER   **Bar Number if applicable** 568116

**Interpreter:**  ☒ Yes  ☐ No   **List language and/or dialect:** SPANISH

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date:** October 15, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by Judge Collings  on October 21, 2004

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004   **Signature of AUSA:** *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **EDWIN TORREZ**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE RODRIGUEZ         Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   261 AIKEN ST 2ND FL. LOWELL, MA

Birth date (Year only): 1962   SSN (last 4 #): ___   Sex ___   Race: ___   Nationality: ___

**Defense Counsel if known:** Valerie S. Carter, Esq.   **Address:** 530 Atlantic Avenue
Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

**Arrest Date:** October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   Plymouth House of Correction .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004   **Signature of AUSA:** *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JOSE RODRIGUEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** 1  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ZULEIMA REYES   Juvenile  ☐ Yes  ☒ No

Alias Name   LINDA

Address   10 CONLON TERRACE, LOWELL, MA

Birth date (Year only): 1979   SSN (last 4 #): ___   Sex ___   Race: ___   Nationality: ___

Defense Counsel if known:   John D. Hodges, Esq.   Address: 1360 Main Street
                                                              Tewksbury, MA 01876

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date:   October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   FCI
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004     Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ZULEIMA REYES

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SANTIAGO ARROYO   Juvenile ☐ Yes ☒ No

Alias Name _____

Address   4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE

Birth date (Year only): 1983   SSN (last 4 #): ___   Sex ___   Race: ___   Nationality: ___

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter: ☒ Yes ☐ No   List language and/or dialect: SPANISH

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: *Denise Jefferson Casper*

♦JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   SANTIAGO ARROYO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   2004-M-00509-RBC
Search Warrant Case Number _____
R 20/R 40 from District of   Eastern District of New York

### Defendant Information:

**Defendant Name** JUAN NUNEZ    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** _____  **SSN (last 4 #):** _____  **Sex** M  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** Roger Witkins, Esq.    **Address:** 6 Beacon Street, Suite 1010
Boston, MA 02108
**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** DENISE JEFFERSON CASPER    **Bar Number if applicable** 568116

**Interpreter:** ☒ Yes  ☐ No    **List language and/or dialect:** SPANISH

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

### Location Status:

**Arrest Date:** October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   Plymouth House of Correction .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004    **Signature of AUSA:** _(signed)_ Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JUAN NUNEZ

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**