◈AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____MASSACHUSETTS_____

### APPEARANCE

Case Number: CR-04-10336

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Julio Santiago_

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11-22-04 | _[signature]_ |
| Date | Signature |
| | JOHN F CICILLINE |
| | Print Name / Bar Number |
| | 387 ATWELLS AVE |
| | Address |
| | PROVIDENCE R.I 02909 |
| | City / State / Zip Code |
| | 401-273-5600 / 401-454-5600 |
| | Phone Number / Fax Number |

11/22/04
Noreen Russo