# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                          CRIMINAL NO. 2004-10336-NMG

JULIO CARRION SANTIAGO, ETC.,
PEDRO ALBERTO MIRANDA, ETC.,
REYNALDO RIVERA, ETC.,
JOSE RODRIGUEZ,
ENRIQUE AGOSTO,
JOSE TORRADO,
CARLOS SANCHEZ, ETC.,
LUIS F. SANCHEZ, ETC.,
EDWIN TORRES, ETC.,
ZULEIMA REYES, ETC.,
SANTIAGO ARROYO,
JUAN NUNEZ,
         Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on December 29, 2004 for Juan Nunez and on January 5, 2005 for all other defendants; counsel for the each

defendant was present except Lenore Glaser, Esquire stood in for Valerie Carter, Esquire.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) The time is ENLARGED to the close of business on FRIDAY, FEBRUARY 18, 2005.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3) None.

(4) All non-discovery type motions shall be filed and served *on or before the close of business on Wednesday, April 13, 2005*.

(5) *See* Order of Excludable Delay entered this date.

(6) It is unknown whether a trial will be necessary; a trial would take fifteen (15) trial days.

(7) The Final Status Conference is set for *Thursday, April 28, 2005 at 11:00 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 5, 2005.