# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

       v.                          CRIMINAL NO. 2004-10336-NMG

JULIO CARRION SANTIAGO, ETC.,
PEDRO ALBERTO MIRANDA, ETC.,
REYNALDO RIVERA, ETC.,
JOSE RODRIGUEZ,
ENRIQUE AGOSTO,
JOSE TORRADO,
CARLOS SANCHEZ, ETC.,
LUIS F. SANCHEZ, ETC.,
EDWIN TORRES, ETC.,
ZULEIMA REYES, ETC.,
SANTIAGO ARROYO,
JUAN NUNEZ,
        Defendants.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    10/15 - 11/15-2004 -   Motion for detention to completion of hearings as to Jose Torrado.

11/10/2004 - Indictment returned.

11/15/2004 - Arraignment - Jose Torrado.

11/16 - 12/13/2004 - Excluded as per L.R. 112.2(A)(2)

11/22/2004 - Arraignment (other defendants)

11/23 - 12/20/2004 - Excluded as per L.R. 112.2(A)(2)

12/29/2004 - Conference held (Nunez)

1/5/2005 - Conference held (other defendants).

1/6 - 4/13/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of December 21, 2004, FOURTEEN (14) non-excludable days will have occurred leaving FIFTY-SIX (56) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 5, 2005.