UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA

v.

SANTIAGO ET AL.

**DEFENDANT'S MOTION TO ENLARGE THE TIME TO FILE THE DISCOVERY LETTERS [ASSENTED]**

Now come the undersigned defendants and move this Honorable Court, pursuant to F.R.A.P. Rule 26 to enlarge the time to file their discovery letters through March 4, 2005. The logistics of filing one letter for all defendants requires some additional time.

The government has assented to this motion. Her time to respond to our letter should be likewise enlarged. All parties agree that this additional time should be excluded, pursuant to the Speedy Trial Act, in the interests of justice.

WHEREFORE, the parties pray that this Court grant the enlargement.


Respectfully submitted,
JOSE TORRADO
By his attorney,                                    For the government,

  /s/ Lenore Glaser                                  /s/ Denise J. Caspar
Lenore Glaser, Esq.                                 Denise J. Caspar, Esq.
25 Kingston Street                                  United States Attorney's Office
6th Floor                                           1 Courthouse Way, Suite 9200
Boston, MA 02111                                    Boston, MA 02210
(617) 753-9988                                      (617) 748-3120
BBO #: 194220

| By his attorney, | By his attorney, |
| --- | --- |
| ENRIQUE AGOSTO | PEDRO ABLERTO MIRANDA |
| /s/ Catherine Byrne | /s/ John F. Palmer |
| Catherine Byrne, Esq. | John F. Palmer, Esq. |
| Federal Defender's Office | 24 School Street |
| 408 Atlantic Avenue, 3rd Floor | 8th Floor |
| Boston, MA 02210 | Boston, MA 02108 |
| (617) 223-8061 | (617) 723-7010 |

By his attorney,
CARLOS SANCHEZ

    /s/ Anthony J. Scola
Anthony J. Scola
47 Harvard Street
Worcester, MA 01608
(508) 755-6314


Dated: February 18, 2005

Attorney John F. Cicilline for Julio Carrion Santiago; Attorney Carl N. Donaldson for Reynaldo Rivera; Attorney Valerie Carter for Jose Rodriguez; Attorney Robert M. Goldstein for Luis F. Sanchez; Attorney Victoria M. Bonilla-Argudo for Edwin Torrez and Attorney Roger Witkin for Zuleima Reyes were contacted but have not yet responded.

**Certificate of Service**

Attorney John D. Hodges, Jr. and Attorney Anthony J. Scola who do not have email were notified telephonically and sent a copy by prepaid first class mail on February 18, 2005.