✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _X_____   Case No. _04-10336-NMG_
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _2004-M-00500-RBC_
Search Warrant Case Number _2004-M-00502-RBC_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JULIO CARRION SANTIAGO_____   Juvenile ☐ Yes ☒ No

Alias Name _MACHO_____

Address _264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): _1959_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _John Cicilline, Esq._____   **Address:** _387 Atwells Avenue_
_Providence, RI 02909_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   **Bar Number if applicable** _568116_

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

     ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**   _October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in _Plymouth House of Correction_ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _3_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _APRIL 13, 2005_    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JULIO CARRION SANTIAGO _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3   26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** __DEA__

**City** __Lowell/Fitchburg/Leominster__    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER__

| | |
|---|---|
| Superseding Ind./ Inf. __X__ | Case No. __04-10336-NMG__ |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | __2004-M-00500-RBC__ |
| Search Warrant Case Number | __2004-M-00505-RBC__ |
| R 20/R 40 from District of | |

### Defendant Information:

Defendant Name __PEDRO ALBERTO MIRANDA__    Juvenile   [ ] Yes   [X] No

Alias Name __TAVO, Carlos Colon__

Address __212 WILDER ST., LOWELL, MA__

Birth date (Year only): __1969__   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:** __John Palmer, Esq.__    **Address:** __24 School Street__
     __Boston, MA 02108__

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** __DENISE JEFFERSON CASPER__    **Bar Number if applicable** __568116__

**Interpreter:**   [X] Yes [ ] No    **List language and/or dialect:** __SPANISH__

**Matter to be SEALED:**   [ ] Yes   [X] No

   [ ] **Warrant Requested**    [ ] **Regular Process**    [X] **In Custody**

**Location Status:**

**Arrest Date:** __October 15, 2004__

[X] Already in Federal Custody as __October 15, 2004__ in __Plymouth House of Correction__ .
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   [ ] Complaint   [ ] Information   [X] Indictment

**Total # of Counts:**   [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony __1__

### Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date: APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf.  _X_____    Case No.    _04-10336NMG_____
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                     Search Warrant Case Number    _2004-M-00501-RBC_____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _REYNALDO RIVERA_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _REY_____

Address    _235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only): _1978_  SSN (last 4 #): _____  Sex ____  Race: _____  Nationality: _____

**Defense Counsel if known:**    **Carl Donaldson, Esq.**    **Address:** _11 Beacon Street, Suite 600_
                                                                        _Boston, MA 02108_
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    _SPANISH_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

        ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  Ordered by _Judge Collings_  on  _November 12, 2004_

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** _6_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:  APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    REYNALDO RIVERA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. __I_____    **Investigating Agency** __DEA_____

**City** __Lowell/Fitchburg/Leominster__    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. __X_____    Case No. __04-10336-NMG__
                                       Same Defendant _____    New Defendant _____
                                       Magistrate Judge Case Number    __2004-M-00500-RBC_____
                                       Search Warrant Case Number    _____
                                       R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __ENRIQUE AGOSTO_____    Juvenile ☐ Yes    ☒ No

Alias Name _____

Address __1 SHATTUCK ST APT 303, LOWELL, MA_____

Birth date (Year only): __1964__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** __Cathy Byrne, Esq._____    Address: __408 Atlantic Avenue, 3rd Floor__
                                                                    __Boston, MA 02108__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __DENISE JEFFERSON CASPER_____    Bar Number if applicable __568116_____

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __October 15, 2004_____

☒ Already in Federal Custody as __October 15, 2004_____ in __Plymouth House Of Correction__ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** __APRIL 13, 2005__    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      ENRIQUE AGOSTO _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** _____ 21 U.S.C. § 846 _____ | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 _____ |
| **Set 2** _____ | _____ | _____ |
| **Set 3** _____ | _____ | _____ |
| **Set 4** _____ | _____ | _____ |
| **Set 5** _____ | _____ | _____ |
| **Set 6** _____ | _____ | _____ |
| **Set 7** _____ | _____ | _____ |
| **Set 8** _____ | _____ | _____ |
| **Set 9** _____ | _____ | _____ |
| **Set 10** _____ | _____ | _____ |
| **Set 11** _____ | _____ | _____ |
| **Set 12** _____ | _____ | _____ |
| **Set 13** _____ | _____ | _____ |
| **Set 14** _____ | _____ | _____ |
| **Set 15** _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.  X _____    Case No. ___04-10336NMG___
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number ___2004-M-00500-RBC___
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE TORRADO _____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address   241 MOODY STREET, LOWELL, MA _____

Birth date (Year only):  1980   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   Lenore M. Glaser, Esq. _____    **Address:** 25 Kingston Street
Boston, MA 02111
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____    Bar Number if applicable  568116 _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

      ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**      October 15, 2004 _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  Judge Collings    on    November 12, 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  APRIL 13, 2005      **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **JOSE TORRADO** _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  **21 USC § 846** | **Conspiracy to distribute heroin** | **1** |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** 1 _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.   X _____    Case No.   04-10336-NMG
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number   2004-M-00500-RBC
                                     Search Warrant Case Number   2004-M-00503-RBC
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS SANCHEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name   CARLITOS _____

Address   270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA _____

Birth date (Year only):  1982  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**    Tony Scola, Esq. _____    **Address:** 47 Harvard Street
                                                                         Worcester, MA 02609
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116 _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**    October 15, 2004 _____

☐ **Already in Federal Custody as** _____    **in** _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    **Ordered by** Judge Collings _____    **on**    November 3, 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS SANCHEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/.Fitchburg/Leominster___    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER___    Superseding Ind./ Inf. __X_____    Case No. ___04-10336-NMG____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number ___2004-M-00500-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _LUIS R. SANCHEZ_____    Juvenile ☐ Yes ☒ No

Alias Name _PITO_____

Address _427 ROSEWOOD LANE, LOWELL, MA_____

Birth date (Year only): _1974_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _Sean T. Delaney, Esq._____    **Address:** _228 Central Street_____
_Lowell, MA 01852_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** _SPANISH_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by _Judge Collings____ on _October 21, 2004_____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _APRIL 13, 2005_    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS R. SANCHEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency __DEA_____

City __Lowell/Fitchburg/Leominster__    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf.  __X_____    Case No.    __04-10336-NMG__
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number    __2004-M-00500-RBC__
                                    Search Warrant Case Number    __2004-M-00504-RBC__
                                    R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __EDWIN TORREZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __219 BLACK BROOK RD., LOWELL, MA__

Birth date (Year only): __1965__  SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _____

Defense Counsel if known:  __Victoria Bonilla-Argudo, Esq.__    Address: __77 Central Street, 2nd Floor__
                                                                        __Boston, MA 02109__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER__    Bar Number if applicable __568116__

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    __SPANISH__

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:    __October 15, 2004__

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __Judge Collings__  on __October 21, 2004__

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    __EDWIN TORREZ_____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** _I_____     **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_     **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_     Superseding Ind./ Inf.   _X_____     Case No.   _04-10336-NMG_
                                     Same Defendant _____     New Defendant _____
                                     Magistrate Judge Case Number   _2004-M-00500-RBC_____
                                     Search Warrant Case Number   _____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   _JOSE RODRIGUEZ_____     Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _261 AIKEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): _1962_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   _Valerie S. Carter, Esq._     **Address:** _530 Atlantic Avenue_
                                                               _Boston, MA 02108_
**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   _DENISE JEFFERSON CASPER_____     Bar Number if applicable _568116_

**Interpreter:**   ☒ Yes   ☐ No     List language and/or dialect:     _SPANISH_

**Matter to be SEALED:**   ☐ Yes   ☒ No

   ☐ **Warrant Requested**         ☐ **Regular Process**         ☒ **In Custody**

**Location Status:**

**Arrest Date:**     _October 15, 2004_____

☒ **Already in Federal Custody as** _October 15, 2004_     in   _Plymouth House of Correction_   .
☐ **Already in State Custody** _____     ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____     **on** _____

**Charging Document:**   ☐ **Complaint**     ☐ **Information**     ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____     ☐ **Misdemeanor** _____     ☒ **Felony**   _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:  APRIL 13, 2005**         **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE RODRIGUEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _X_____    Case No. _04-10336-NMG_
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number _2004-M-00500-RBC_____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ZULEIMA REYES_____    Juvenile  ☐ Yes  ☒ No

Alias Name _LINDA_____

Address _10 CONLON TERRACE, LOWELL, MA_____

Birth date (Year only): _1979_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _John D. Hodges, Esq._____    **Address:** _1360 Main Street_____
                                                                     _Tewksbury, MA 01876_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_

**Interpreter:**    ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_  **on** _November 15, 2004_

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** _5_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** _APRIL 13, 2005_    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ZULEIMA REYES _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  Category No. _1_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf. __X_____  Case No. __04-10336-NMG__
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number __2004-M-00500-RBC____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _SANTIAGO ARROYO_____  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

Birth date (Year only): _1983_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____  Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  Bar Number if applicable _568116_____

**Interpreter:**  ☒ Yes ☐ No    List language and/or dialect:  _SPANISH_____

**Matter to be SEALED:**  ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _2_____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: **APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___SANTIAGO ARROYO_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __I_____    **Investigating Agency** __DEA_____

**City** __Lowell/Fitchburg/Leominster__    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf.  __X_____    Case No.  __04-10336-NMG__
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  __2004-M-00509-RBC_____
Search Warrant Case Number  _____
R 20/R 40 from District of  __Eastern District of New York_____

**Defendant Information:**

Defendant Name  __JUAN NUNEZ_____    Juvenile  ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race: _____  Nationality: _____

**Defense Counsel if known:**  __Roger Witkins, Esq._____    Address: __6 Beacon Street, Suite 1010_____
__Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __DENISE JEFFERSON CASPER_____    Bar Number if applicable __568116_____

**Interpreter:**    ☒ Yes ☐ No    List language and/or dialect:    __SPANISH_____

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __October 15, 2004_____

☒ Already in Federal Custody as  __October 15, 2004_____    in  __Plymouth House of Correction_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  APRIL 13, 2005**    Signature of AUSA:  *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN NUNEZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**