# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                            CRIMINAL NO. 2004-10336-NMG

JULIO CARRION SANTIAGO, ETC.,
PEDRO ALBERTO MIRANDA, ETC.,
REYNALDO RIVERA, ETC.,
JOSE RODRIGUEZ,
ENRIQUE AGOSTO,
JOSE TORRADO,
CARLOS SANCHEZ, ETC.,
LUIS F. SANCHEZ, ETC.,
EDWIN TORRES, ETC.,
ZULEIMA REYES, ETC.,
SANTIAGO ARROYO,
JUAN NUNEZ,
        Defendants.

## ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C))

COLLINGS, U.S.M.J.

    Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on **THURSDAY, JUNE 23, 2005 AT 11:30 A.M.** at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1

Courthouse Way, Boston, Massachusetts before the undersigned. If counsel files, *on or before the close of business on TUESDAY, JUNE 21, 2005*, a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on WEDNESDAY, JUNE 22, 2005,* file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 4, 2005.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.