O 93 (Rev. 8/98)  Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

INI SELF-STORAGE, 3 FOUNDRY STREET, LOWELL
ASSACHUSETTS

**SEARCH WARRANT**

CASE NUMBER: _2004 M 0504 RBC_

: Special Agent Calice Couchman, Drug Enforcement Admin. and any Authorized Officer of the United States

davit(s) having been made before me by _____Special Agent Calice Couchman,_____ who has reason to
                                                                Affiant

eve that [ ] on the person of or [X] on the premises known as (name, description and/or location)
MORE FULLY DESCRIBED IN EXHIBIT A-5 ATTACHED HERETO AND INCORPORATED BY REFENENCE

ie _____ District of _____MASSACHUSETTS_____ there is now
:ealed a certain person or property, namely (describe the person or property)
ESCRIPTION OF THE PROPERTY TO BE SEIZED IS ATTACHED HERETO AS EXHIBIT B-5 AND IS INCORPORATED BY
'ERENCE

satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property
escribed is now concealed on the person or premises above-described and establish grounds for the issuance of this
ant.

ARE HEREBY COMMANDED to search on or before _____10-25-2004_____
                                                                Date

:o exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
ng the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause
)een established) and if the person or property be found there to seize same, leaving a copy of this warrant and
)t for the person or property taken, and prepare a written inventory of the person or property seized and promptly
i this warrant to        UNITED STATES MAGISTRATE JUDGE ROBERT B. COLLINGS
juired by law.                          U.S. Judge or Magistrate Judge

OCT 1 4 2004   at 11:18 pm        at  ~~BOSTON~~, MA
nd Time Issued                       City and State

RT B. COLLINGS
:D STATES MAGISTRATE JUDGE
and Title of Judicial Officer         Signature of Judicial Officer

751

was electronically produced by Elite Federal Forms, Inc.

93 (Rev. 8/98) Search Warrant (Reverse)

| RETURN | CASE NUMBER: |
|---|---|

| TE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10-14-2004 | 10-15-2004  6:50 AM | Mini Storage |

INVENTORY MADE IN THE PRESENCE OF

MSPT Steve Condella, Detective's Mark Rivet, Gary Dillon, Tracy Kelly, SA Dan Genek

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One tanita model 1479 black scale

Misc. papers, bills with various names and addresses, Lease agreement, Vanilla envelope containing bills with various names and addresses, Picture, Yellow note pad with names and money markings.

Misc. Drug packaging material IE. "Its Hot" red devil baggies, spoons, Sandwich baggies and drug wrapping.

---

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

758 A

U.S. Judge or Magistrate Judge      Date

ATTACHMENT A-5

The premises to be searched at Mini Self-Storage, 3 Foundry Street, Lowell, Massachusetts are described as follows:

The first floor of the storage building located at Mini Self-Storage, 3 Foundry Street, Lowell, Massachusetts is located in the left rear portion of the Mini Storage lot. It is located in a two story building with dark colored metal siding on the front of the building with white clapboard siding on the end of the building. A blue and white sign with the words, MINI SELF_STORAGE Tel 978-453-8206, printed on it, is located on the top right corner of the side of the building. The entrance to the first floor is located on the right end of the building as viewed from Foundry Street. The entrance consists fo a set of solid white double doors. There are no numbers printed on the doors. (A photograph of Mini Self-Storage, 3 foundry Street, Lowell, Massachusetts is attached as Attachment A-5).















ATTACHMENT B-5

The items to be seized at Mini Self-Storage, 3 Foundry Street, Lowell, Massachusetts are described as follows:

1. Heroin.

2. Paraphernalia for the packaging, processing and distribution of controlled substances such as heroin, including, but not limited to, packaging materials and scales.

3. Electronic pagers and cellular telephones used to communicate with drug associates.

4. Books, records, notes, ledgers, and any other papers or records relating to the purchase, transportation, shipment, ordering, sale, importation, manufacture, and/or distribution of controlled substances and/or records relating to the receipt, disposition, and/or laundering of proceeds from the distribution of controlled substances, such as heroin, and/or records or electronic devices reflecting the identity of co-conspirators and drug customers, as well as their addresses, telephone, and pager numbers. Such documents include, but are not limited to, telephone address books, planners, receipts, state and federal income tax returns and supporting paperwork, notes, ledgers, bank records, money orders, wire transfers, cashier's checks, passbooks, certificates of deposit, bills, vehicle rental receipts, credit card receipts, hotel receipts, meal receipts, travel agency vouchers, travel schedules, shipment records, telephone bills and/or toll records and bills, ~~computer-generated documents and computers.~~

5. Cash and currency, and other items of value made or derived from trafficking in illegal substances or documents related thereto. Such items include, but are not limited to, jewelry, precious metals, titles, deeds, monetary notes, registrations, purchase or sale invoices, bank records, or any other papers concerning financial transactions

OCT 1 4 2004

757

ATTACHMENT B-5 - CONTINUED
(Mini Self-Storage, 3 Foundry Street, Lowell,, Massachusetts)

    relating to obtaining, transferring, laundering, concealing, or expending money or other items of value made or derived from trafficking in illegal substances.

6. Documents reflecting occupancy, dominion and/or control of Mini Self-Storage, 3 Foundry Street, Lowell, Massachusetts, including, but not limited to, canceled mail, photographs, personal telephone books, diaries, bills and statements, videotapes, keys, identification cards and documents, airline tickets and related travel documents, bank books, checks, and check registers.

7. Documents or tangible evidence reflecting dominion, ownership, and/or control by Edwin Torrez over any bank accounts, safe deposit boxes, stocks, bonds, mutual funds, and any other financial and/or monetary assets, instruments or interests, and over any tangible assets such as motor vehicles, real property, and commercial storage facilities.

8. Photographs of individuals, property, and/or illegal controlled substances.



758