### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 04-CR-10336-NMG |
| v.      ) | |
| ) | |
| JULIO CARRION SANTIAGO et al.  ) | |
| ) | |

### NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William Bloomer
WILLIAM BLOOMER
Assistant U.S. Attorney
(617) 748-3644

July 22, 2005

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to all counsel of record.

    This 22nd day of July 2005.

_____
DENISE JEFFERSON CASPER
ASSISTANT UNITED STATES ATTORNEY