**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                  **CRIMINAL NO:**    **04-CR 10336 NMG**

**VS.**

**JULIO CARRION SANTIAGO**

## MOTION

Now comes the defendant Julio Carrion Santiago in the above entitled cause pursuant to 18 USC 3161 (h) (8) (A) and moves for an extension of time from November 1st, 2005 to March 27th, 2006, so that counsel may adequately prepare his defense, properly explore legal issues and continue discussions regarding a possible disposition.

Both counsel and the defendant understand that this time is excludable because it serves the ends of justice.

Respectfully submitted,
Julio Carrion Santiago
By his attorney

John F. Cicilline, Esq. (#0433)
387 Atwells Avenue
Providence, RI 02909
(401)273-5600
FAX 454-5600

## CERTIFICATION

    I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the 1st, November 2005, to the United States Attorneys Office, John Joseph Moakley Bldg., U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210 Attn: **AUSA William Bloomer, Esq.**

*[signature]*