UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

    **VS.**                      **04-CR-10336-NMG**

**JULIO SANTIAGO**

### MOTION TO SEVER

Now comes the defendant in the above entitled cause pursuant to Rule 14 of the Federal Rules of Criminal Procedure and moves to sever counts Seven and Eight from the remainder of the indictment and for reason says that he is prejudiced by joinder.

    s/_____
John F. Cicilline, Esquire #0433
Attorney for (Julio Santiago)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
Cicilline387@aol.com

### CERTIFICATION

I hereby certify that on January 31, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

RAQUEL GIL