UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

    **VS.**                                                **04-CR-10336-NMG**

**JULIO SANTIAGO, et als**

## MOTION TO CONTINUE

Now comes John F. Cicilline in the above-entitled cause pursuant to 18 USC 3161 (h) (8A), on behalf of:

        Julio Carrion Santiago
        Pedro Alberto Miranda
        Reynaldo Rivera
        Jose Rodriguez
        Carlos Sanchez
        Enrique Agosto
        Luis F. Sanchez
        Edwin Torrez
        Zuleima Reyes
        Juan Nunez
        their counsel and
        William F. Bloomer, Assistant United States Attorney

And moves for a continuance of the trial date to July 17, 2006. All Counsel and all defendants know and agree that the time between March 23, 2006 and July 17, 2006 is excludable, because such a continuance is requested in the interest of justice.

                                                      s/_____
                                                      John F. Cicilline, Esquire #0433
                                                      Attorney for (Julio Santiago)
                                                      Cicilline Law Office
                                                      381 Atwells Avenue
                                                      Providence, RI 02909
                                                      Office 401 273.5600
                                                      Fax 401 454.5600
                                                      Cicilline387@aol.com

## CERTIFICATION

     I hereby certify that on March 24, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.


                                                  RAQUEL GIL