UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 04-10336-NMG |
| | ) | |
| JULIO SANTIAGO, et al. | ) | |

**NOTICE OF APPEARANCE**

_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        By:  */s/: Sharron Kearney*

        SHARRON KEARNEY
        Assistant U.S. Attorney
        United States Attorney's Office
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3687

Dated: May 4, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2006.

                                            /s/: Sharron Kearney
                                            SHARRON KEARNEY
                                            Assistant U.S. Attorney

Dated: May 4, 2006