# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | CR No. 04-CR-10336 NMG |
| | ) | |
| **JULIO SANTIAGO** | ) | AUGUST 25, 2006 |

## MOTION TO DISMISS

Now comes the defendant in the above entitled cause and moves to dismiss count seven of the indictment and for reason says that said count does not charge a crime cognizable at law.

/s/  *JOHN F. CICILLINE*
_____
John F. Cicilline, Esquire #0433
Attorney for (Julio Santiago)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
Cicilline387@aol.com

## CERTIFICATION

I hereby certify that on August 25, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

RAQUEL GIL