**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 04-CR-10336 NMG |
| | ) | |
| JULIO SANTIAGO | ) | SEPTEMBER 12, 2006 |

**DEFENDANT'S OBJECTION**

Now comes the defendant Julio Santiago in the above-entitled cause and objects to the government's attempt to satisfy, this courts order, Rule 16 (a)(1)(E) and (G) of the Rules of Criminal Procedure and Rules 702, 703 and 705 of the Federal Rules of Evidence, by its response, entitled "Government's Summary of testimony to be offered under Federal Rule of Evidence 702" .

/s/ *JOHN F. CICILLINE*
_____
John F. Cicilline, Esquire #0433
Attorney for (Julio Santiago)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on September 12, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*