**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | CR No. 04-CR-10336 NMG |
| | ) | |
| **JULIO SANTIAGO** | ) | SEPTEMBER 12, 2006 |

### MOTION FOR DEPOSITION

Now comes the defendant Julio Santiago in the above-entitled cause, pursuant to Rule 15 of the Rules of Criminal Procedure and notifies the government that he shall depose the witnesses;

>Jamie Cepero
>Terry Hanson
>Marcos Chavez

on Wednesday September 27, 2006, at 9:00 A.M., at the Attorneys Conference Room in the United States Courthouse in Boston Massachusetts.

/s/ *JOHN F. CICILLINE*
_____
John F. Cicilline, Esquire #0433
Attorney for (Julio Santiago)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jfcicilline387@aol.com

### CERTIFICATION

I hereby certify that on September 12, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*