IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 04-CR-10336 NMG |
| | ) | |
| JULIO SANTIAGO | ) | SEPTEMBER 12, 2006 |

**MEMORANDUM IN SUPPORT OF MOTION FOR DEPOSITION**

The defendant intends to depose the witnesses Cepero, Hanson and Chavez on the subject of coded language and the relationship of drug weight to distribution.

Rule 15 permits depositions to be taken due to exceptional circumstances where it is in the interests of justice. See United States v. McKeeve, 131 F.2d 1 (1st Cir. 1997); United States v. Mann, 590 F.2d 365 (1st Cir. 1978).

/s/ *JOHN F. CICILLINE*
_____
John F. Cicilline, Esquire #0433
Attorney for (Julio Santiago)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on September 12, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*