**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.: 04-10336-NMG |
| v. | ) | |
| | ) | |
| JULIO SANTIAGO, et al. | ) | |

<u>**UNITED STATES'LIST OF POTENTIAL WITNESSESS**</u>

     The United States of America, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William F. Bloomer, Assistant U.S. Attorney, hereby submits the following list of witnesses for trial in the above-referenced matter.

<u>Government Witnesses</u>

1.    DEA Task Force Agent (TFA) Marco Chavez
    Lowell Police Department

2.    Special Agent (SA) Michael O'Shaughnessy
    Drug Enforcement Administration (DEA)

3.    Detective William John Samaras
    Lowell Police Department

4.    SA Calice Couchman
    DEA

5.    Lt. Terry G. Hanson
    Massachusetts State Police

6.    SA Todd Prough
    DEA

7.    TFA David Chartrand
    DEA

8.    Detective Felix Figueroa
    Lowell Police Department

9.    Detective Christopher Hanson
    Lowell Police Department

10.  SA Greg Willoughby
    DEA

11. TFA Kevin Swift
    Salem Police Department, NH

12. TFA Brian Proulx
    Haverhill Police Department

13. SA Glenn Colletti
    DEA

14. TFA Greg Hudson
    Lowell Police Department

15. Detective James Faye
    Lowell Police Department

16. Sgt. Stephen Walsh
    Mass. State Police

17. SA Eric Kotchian
    ATF

18. Chemist John E. Drugan
    Mass. State Police Crime Lab

19. Richard Vasquez
    ATF

20. Officer Peter Kelleher
    Lowell Police Department

21. Detective Christopher Doolin
    Lowell Police Department

22. Sgt. James Trudell
    Lowell Police Department

23. SA James Connolly
    DEA

24. Trooper John Jakobowski
    Massachusetts State Police

25. Lt. Brian O'Hara
    Massachusetts State Police (retired)

26. Michael Oppenheim
    ATF

27.  Trooper Jamie Cepero
     Massachusetts State Police

28   Trooper Mark Capponett
     Massachusetts State Police

29.  Trooper David Crouse
     Massachusetts State Police

30.  Detective John K. Loney
     NYPD

31.  SA Norton Cordova
     DEA

32.  Della Saunders
     Chemist, Department of Public Health

33.  Michael Lawler
     Chemist, Department of Public Health

34.  Xiu Ying Gao
     Chemist, Department of Public Health

35.  Mai Ngoc Tran
     Chemist, Department of Public Health

36.  Detective Bryan McMahon
     Lowell Police Department

37.  Lawrence Giordano
     Essex County Sheriff's Department

38.  SA Dennis Barton
     DEA

39.  Detective Mark Rivet
     Lawrence Police Department

40.  Lt. Greg Dern
     Massachusetts State Police

41.  Detective Joseph Jakutis
     Dracut Police Department

42.  Sgt William Canty
     Massachusetts State Police

43.  Detective Linda Coughlin
     Lowell Police Department

44.  SA Kevin Frye
     DEA

45.  Trooper Robert S. MacAllister
     Massachusetts State Police

46.  Sergeant David Chartrand
     Dracut Police Department

47.  Trooper Joseph Masterson
     Massachusetts State Police

48.  Detective Jose Rivera
     Lowell Police Department

49.  Sgt. Barry Golner
     Lowell Police Department

50.  Officer David Ferry
     Lowell Police Department

51.  Detective Ann Lessieur
     Lowell Police Department

52.  Detective Daniel Ahern
     Chelmsford Police Department

53.  Lydia L. Gonzalez
     Lowell Police Department

54.  Sandra Lipchus
     Chemist, Department of Public Health

55.  Nancy Tisei
     Chemist, Department of Public Health

56.  Detective Kelly Richardson
     Lowell Police Department


Civilian Witnesses

57.  David Joly, Fitchburg, MA

58.  James Mellor, Leominster, MA

59.  Allen Ottens, Lowell, MA

60.  Michael Noble, Lowell, MA

Keeper of the Records

61.  AT&T Wireless

62.  Nextel

63.  Sprint PCS

64.  T-Mobile

65.  KeySpan

66.  ComCast

67.  MetroCall Wireless

68.  New England Paging

69.  Massachusetts Department of Public Health

The government reserves the right to amend or supplement the above witness list at any time prior to or during trial.  By including the names of "potential" witnesses, the government makes no representation as to whether it will actually call any of the above-listed individuals as witnesses at trial.  Should the defendant desire the attendance of any of the above witnesses at trial, she/he should serve them with appropriate process or contact the undersigned prosecutor to see if arrangements can be made for their production.

This list does not include witnesses that the United States may determine are necessary for rebuttal.  The United States reserves its right to amend its witness list at any time before

5

the commencement of trial.  The United States will notify counsel

immediately if any such additions or amendments are made.

                              MICHAEL J. SULLIVAN
                              United States Attorney


                    By:  /s/ William F. Bloomer
                         WILLIAM F. BLOOMER
                         Assistant U.S. Attorney


                    **CERTIFICATE OF SERVICE**

     I, William F. Bloomer, hereby certify that this document
filed through the ECF system on September 22, 2006, will be sent
electronically to the registered participants as identified on
the Notice of Electronic Filing (NEF), and paper copies will be
sent to those indicated as non registered participants this date
via US Postal Service, postage prepaid.


                         /s/William F. Bloomer
                         WILLIAM F. BLOOMER

Date: 22 September 2006