UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

**DEFENDANT'S JUAN NUNEZ'S OBJECTION TO GOVERNMENT'S MOTION TO SEQUESTER WITNESSES AND TO REQUEST THAT THE CASE AGENT BE ALLOWED TO REMAIN IN THE COURTROOM**

  The defendant Juan Nunez objects to that portion of the government's motion wherein the government requests that case agent, either one of which will testify in this case, remain in the courtroom during the "entire trial".

  The defendant Juan Nunez objects to the case agent being present during the selection of the jury, before which jury that case agent will testify.

  It unfairly gives the government the opportunity to have the jury view the case agent as someone who selected them to be on the jury.

            */s/Roger Witkin*
            ROGER WITKIN
            6 Beacon Street, Suite 1010
            Boston, MA 02108
            Tel. 617 523 0027
            Fax 617 523 2024
            BBO No. 531780

DATED:   September 22, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer by mail and electronic filing, which was e-filed this day.

/s/ Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  September 22, 2006