UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | No.  04-10336-NMG |
| ) | |
| JULIO CARRION SANTIAGO, et al. ) | |
| Defendant ) | |

**MOTION FOR WITHDRAWAL**

The undersigned Assistant United States Attorney respectfully moves to withdraw from this case, and terminate the previously filed appearance in this matter.

            Respectfully submitted,

            MICHAEL J. SULLIVAN
            United States Attorney

         By: */s/: Sharron A. Kearney*
            SHARRON A. KEARNEY
            Assistant U.S. Attorney


Dated: September 22, 2006