UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 04-10336-NMG |
| v. ) | |
| ) | |
| JULIO SANTIAGO, et al. ) | |

**UNITED STATES' NOTICE OF ADDITIONAL WITNESS**

The United States of America, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William F. Bloomer, Assistant U.S. Attorney, hereby notifies the parties of the possibility that the following individual may be called as a witness at trial in the above-captioned matter.

1. Trooper David Napolitano
   Massachusetts State Police

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ William F. Bloomer
                              WILLIAM F. BLOOMER
                              Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**

   I, William F. Bloomer, hereby certify that this document filed through the ECF system on October 15, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants this date via US Postal Service, postage prepaid.


                              /s/William F. Bloomer
                              WILLIAM F. BLOOMER

Date: 15 October 2006