UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CR No. 04-CR-10336 NMG** |
| | ) | |
| **JULIO SANTIAGO** | ) | **OCTOBER 24, 2006** |

## SUPPLEMENTAL REQUEST FOR CHARGE

The defendant is charged in count 1 of the indictment, with conspiracy to distribute, and to possess with intent to distribute 1000 grams or more of heroin.

If you find the defendant not guilty of that charge you must then consider whether the government has proved its case beyond a reasonable doubt to the lessor included offense of conspiracy to distribute, and to possess with intent to distribute less than 1000 grams of heroin.

If you find the defendant not guilty of that offense you need to proceed no further in your deliberations as they relate to count 1.

/s/ *JOHN F. CICILLINE*
_____
John F. Cicilline, Esquire #0433
Attorney for (Julio Santiago)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
Cicilline387@aol.com

2

## **CERTIFICATION**

      I hereby certify that on October 24, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

                                              RAQUEL GIL