CIVIL/CRIMINAL CASE NO: 04cr 10336

TITLE: USA _____ VS. Santiago, et al.

## J U R Y   P A N E L

01. Lynn Graham        FP          07. John Carron
02. Danny Cole                     08. Linda Bernard
03. Patricia Luz                   09. Marco Escolante
04. Renee Phillips     (A1)        10. John Sullivan
05. Dale Ryan          (A2)        11. patricia Desmarais
06. Candy Lyman                    12. Silvia Thenson
ALT. #1 _____                      ALT #2 13. Joseph Ahern
ALT. #3 _____                      ALT #4 14. Jean Fowler


## W I T N E S S E S

### PLAINTIFF/GOVT.                          ### DEFENDANT

01. Joseph Jakuttis, Dracut PD       01. _____
02. Terry Lymson, MSP LT.            02. _____
03. Felix Figueroa, LPD             03. _____
04. William Semaras, LPD            04. _____
05. Michael Chavez, USPS, Insp.     05. _____
06. Kevin Frye, DEA SIA             06. _____
07. Glenn Coletti, DEA SA           07. _____
08. Michael O'Shaughnessy, DEA SW   08. _____
09. Todd Prough, DEA SA             09. _____
10. John Jakuboski, MSP             10. _____
11. James Fay, LPD                  11. _____
12. Gregory Willoughby, DEA         12. _____
13. Lawrence Giobidani, ECSD        13. _____
14. James Tandel Sst LPD            14. _____
15. David Joly  (jury&wit.lst 09/92)
16. David Napolitano, MSP           21. Norm Cordova, SA DEA
17. Dennis Barron, DEA SA           22. Felix Cuebas, NYPD
18. Bryan O'Hara, MSP ret.          23. Tomu Cepero, MSP
19. David Crouse, MSP
20. John Coney, NYPD