United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 04-10336-NMG |
| JULIO SANTIAGO, CARLOS COLON, ) | |
| CARLOS SANCHEZ, JOSE RODRIGUEZ ) | |
| AND JUAN NUNEZ, ) | |
| Defendants. ) | |

### Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Julio Santiago**

   _____ Not Guilty   __✓__ Guilty


2. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Carlos Colon**

   _____ Not Guilty   __✓__ Guilty

-1-

3.  On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Carlos Sanchez**

    \_\_\_\_\_ Not Guilty     ✓ Guilty

4.  On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Jose Rodriguez**

    \_\_\_\_\_ Not Guilty     ✓ Guilty

5.  On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Juan Nunez**

    \_\_\_\_\_ Not Guilty     ✓ Guilty

**If you have answered ALL of the above questions (Questions 1-5) "Not Guilty", proceed to Question 8. Otherwise, answer Question 6.**

6.  The conspiracy, of which you have found one or more of the defendants guilty, involved:

    ✓ One or more kilograms of heroin     \_\_\_\_\_ Less than one kilogram of heroin

**If you have answered Question 1 "Guilty", proceed to Question 7. If you have answered Question 1 "Not Guilty", proceed to Question 8.**

7. On the charge of <u>Possession of Firearms in Furtherance of a Drug Trafficking Crime</u> (Count <u>Seven</u>), Defendant **Julio Santiago**

　　　　　＿＿＿ Not Guilty　　✓ Guilty

8. On the charge of <u>Possession of Unregistered Firearms</u> (Count Eight), Defendant **Julio Santiago**

　　　　　＿＿＿ Not Guilty　　✓ Guilty

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREWOMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION.  THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 10/27/06　　Jury Forewoman: *Lynn Graham*

-3-