10/27/06

We have made a decision

Lynn Graham