**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA  )
          )  CRIMINAL NO.: 04-10336-NMG
    v.     )
          )
JULIO SANTIAGO, et al.  )

### NOTICE OF WITHDRAWAL

    Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


      By: */s/: Sharron A. Kearney*
         SHARRON A. KEARNEY
         Assistant U.S. Attorney
         (617) 748-3687

Dated:  January 9, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2007.


                                        */s/: Sharron A. Kearney*
_____      SHARRON A. KEARNEY
                                        Assistant U.S. Attorney