UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| V. | ) Number 04-cr-10336-NMG |
| | ) |
| JULIO CARRION SANTIAGO | ) |
| | ) |

**INDIGENT DEFENDANT'S MOTION FOR CJA APPELLATE COUNSEL**

Now comes defendant, Julio Carrion Santiago, in the above-entitled matter, and, based on his averring under pain and penalty of perjury that he is indigent and does not have money or liquid assets to retain counsel, moves this Honorable Court to assign a Boston area law firm from the CJA list, such as Choate, Hall & Stewart Attorney Diana Lloyd; Foley-Hoag Attorney Martin Murphy or Attorney Sheila Walter Sawyer; Goodwin-Procter Attorney Joseph Savage or Attorney Roberto Braceras; or Cunha & Holcomb Attorney John Cunha, not only for direct appeal but also for filing a 28 USC 2255 habeas corpus petition raising trial counsel's failure to advise as to the right to testify, failure to prepare to testify and telling the defendant not to testify in his own defense, Gallego V. United States, 174 F3d 1196, 1198-1199 (11th Cir 1999), and ineffective trial counsel's refusal to prepare and present a full defense and coverup n.1/.

RESPECTFULLY SUBMITTED,

March 13, 2007
Copy served by mail this day on Assistant       Julio Carrion Santiago pro se
United States Attorney General Denise            26 Long Pond Road
Jefferson Casper                                 Plymouth, MA. 02360

---

n.1/testify concerning facts supporting a jury finding of actual innocence on some, if not all, indictments where Agents planted evidence and concerning Agent Chris Hanson hitting him in the head, face and left ear while he was handcuffed behind his back saying "this is on behalf of Felix Figueroa" resulting in the defendant being sick for many days.