UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR No. 04-CR-10336 NMG |
| | ) | |
| JULIO SANTIAGO | ) | March 20, 2007 |

## MOTION TO WITHDRAW

Now comes John F. Cicilline in the above-entitled cause and moves to withdraw as counsel for the defendant Julio Santiago.

          Respectfully submitted,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I, hereby certify that on March 20, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*