# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                  No. 04-cr-10336-NMG

JULIO CARRION SANTIAGO

### NOTICE OF APPEAL

Now comes the defendant, in the above-entitled matter, and gives notice of his appeal from his jury trial convictions and 3/13/07 excessive sentence, from the District Court, to the First Circuit Court of Appeals, in forma pauperis due to his indigence and inability to pay of transcript costs.

Respectfully Submitted

March 21, 2007
copy served
on AUSA
Denise Jefferson Cooper

Julio Santiago Carrion Arose
26 Long Pond Road
Plymouth, MA. 02360

FILED IN CLERK'S OFFICE  2007 MAR 21 P 1:24  DISTRICT COURT DISTRICT OF MASS.