IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR NO. 004-CR-10336 NMG |
| | : | |
| JULIO SANTIAGO | : | March 14, 2007 |

### NOTICE OF APPEAL

Notice is hereby given of the defendants appeal from the judgment of conviction entered as an order of this Court this 13th day of March 2007.

Respectfully submitted,
JULIO SANTIAGO,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

### CERTIFICATION

I, hereby certify that on March 14th, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*