APPEAL, INTERP

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10336-NMG-1

Case title: USA v. Santiago et al
Magistrate judge case number: 1:04-mj-00500-RBC

Date Filed: 11/10/2004

Assigned to: Judge Nathaniel M.
Gorton

## Defendant

**Julio Carrion Santiago** (1)
*also known as*
"Macho" (1)



represented by **John F. Cicilline**
Cicilline Law Office
387 Atwells Avenue
Providence, RI 02909
401-273-5600
Fax: 401-454-5600
Email: jfcicilline387@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:846 CONSPIRACY TO Possess
with Intent to DISTRIBUTE and
Distribute Heroin
(1)

21:846 Conspiracy to Possess with
Intent to Distribute and Distribute
Heroin
(1s)

18:924(c) Possession of a Firearm in
Furtherance of a Drug Trafficking
Crime
(7)

18:924(c) Possession of Firearms in
Furtherance of a Drug Trafficking
Crime
(7s)

26:5861(d) Possession of Unregistered
Firearms
(8s)

## Disposition

188 months on count 1s

60 months on count 7s consecutively to
terms imposed on counts 1s and 8s. SR
of 60 months to run concurrently.

120 months on count 8s concurrently
with count 1s

## Highest Offense Level (Opening)

Felony

## Terminated Counts

**Disposition**

None

## Highest Offense Level (Terminated)

None

## Complaints

**Disposition**

21 USC 846, 841(a)(1) - Conspiracy to
possess with intent to distribute and
distrubute a mixture or substance
containing a detectable amount of
heroin, a Schedule 1 controlled
substance

## Plaintiff

**USA**                    represented by **Denise J. Casper**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3120
Fax: 617-748-3965
*TERMINATED: 07/22/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Bloomer**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3644
Fax: 617-748-3965
Email: william.bloomer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharron A. Kearney**
United States Attorney's Office
John J. Moakley United States

Courthouse
Suite 9200
Boston, MA 02210
US
617-748-3687
Fax: 617-748-3965
Email: sharron.kearney@usdoj.gov
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2004 | 1 | SEALED COMPLAINT as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroy[1:04o (11). (Attachments: # 1 Affidavit Pages 1 - 30# 2 Affidavit Pages 31 - 59) (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/14/2004 | 2 | MOTION to Seal Case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo by USA. (Cummings, Mary)[1:04-mj-00500-R (Entered: 10/15/2004) |
| 10/14/2004 | | Magistrate Judge Robert B. Collings : ELECTRONIC ORDER entered granting 2 Motion to Seal Case as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez[1:04 (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11) (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/15/2004 | 3 | MOTION to Unseal Case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo by USA. (Cummings, Mary)[1:04-mj-00500 (Entered: 10/15/2004) |
| 10/15/2004 | 4 | Arrest Warrant Issued as to Julio Carrion Santiago. (Cummings, Mary) [1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/15/2004 | | Case unsealed as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/28/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Julio Carrion Santiago held on 10/28/2004; Maureen Hogan for Govt; no atty present for deft; deft fills out financial affidavit; court to appt[1:04 counsel; court addresses deft as to charges and rights; govt states maximum penalties;Counsel requesting continuance and defense agrees to detention pending hearing before Mag. |

| | | |
|---|---|---|
| | | Judge Collings. (Court Reporter digital.) (Simeone, Maria)[1:04-mj-00500-RBC] (Entered: 10/28/2004) |
| 10/28/2004 | 31 | CJA 23 Financial Affidavit by Julio Carrion Santiago (Russo, Noreen) [1:04-mj-00500-RBC] (Entered: 10/29/2004) |
| 11/01/2004 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Status Conference as to Julio Carrion Santiago held on 11/1/2004. D. Casper for Gov't, Deft has no attorney. Deft indicates that he has s[1:04poken with an attorney and is attempting to retain Counsel. Court sets preliminary examination / detention hearing for November 8, 2004 @ 11:00 AM. Clerk to notify Mr. Santiago's potential counsel of new date. (Digital Recording.) (Russo, [1:04Noreen)[1:04-mj-00500-RBC] (Entered: 11/01/2004) |
| 11/05/2004 | ❍ | Electronic NOTICE OF RESCHEDULING as to Julio Carrion Santiago Preliminary Examination / Detention Hearing set for 11/9/2004 @ 11:00 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/05/2004) |
| 11/09/2004 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Julio Carrion Santiago held on 11/9/2004. D. Casper for Gov't, J. Cicilline for Deft. September Lee Brown for Pretrial.[1:04 Witness 1 Calice Couchman. Gov't direct exam, Attorney Cicilline on Cross. Deft argues for release based on no prior criminal history, Gov't argues for detention.Court finds probable cause and will be held for grand jury action. Cour[1:04t also finds no conditions that will reasonably secure deft return and safety of community and orders deft detained and into the custody of the Marshals. (Digital Recording) (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/09/2004) |
| 11/09/2004 | 46 | Magistrate Judge Robert B. Collings : ORDER entered ORDER PURSUANT TO RULE 5.1, FED. R. CRIM. P. as to Julio Carrion Santiago. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/09/2004) |
| 11/09/2004 | 47 | Magistrate Judge Robert B. Collings : ORDER entered ORDER OF DETENTION PENDING TRIAL as to Julio Carrion Santiago. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/09/2004) |
| 11/09/2004 | 48 | NOTICE OF ATTORNEY APPEARANCE: John F. Cicilline appearing for Julio Carrion Santiago. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/10/2004) |
| 11/10/2004 | 49 | INDICTMENT as to Julio Carrion Santiago (1) count(s) 1, 7, Pedro Alberto Miranda (2) count(s) 1, Reynaldo Rivera (3) count(s) 1, 2, 3-6, Jose Rodriguez (4) count(s) 1, Enrique Agosto (5) count(s) 1, Jose Torrado (6) count(s) 1, Carlos Sanchez (7) count(s) 1, Luis F. Sanchez (8) count(s) 1, Edwin Torrez (9) count(s) 1, Zuleima Reyes (10) count(s) 1, 3-6, Santiago Arroyo (11) count(s) 1, 2, Juan Nunez (12) count(s) 1. (Attachments: # 1) (Gawlik, Cathy) (Entered: 11/12/2004) |
| 11/12/2004 | 50 | Judge Nathaniel M. Gorton : ORDER entered ORDER REFERRING |

| | | |
|---|---|---|
| | | CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Gawlik, Cathy) (Entered: 11/12/2004) |
| 11/15/2004 | ◯ | NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes. Arraignment set for 11/22/2004 @ 3:15 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) Modified on 11/22/2004 (Russo, Noreen). (Entered: 11/15/2004) |
| 11/22/2004 | ◯ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment as to Julio Carrion Santiago (1) Count 1,7 and Pedro Alberto Miranda (2) Count 1 and Reynaldo Rivera (3) Count 1,2,3-6 and Jose Rodriguez (4) Count 1 and Enrique Agosto (5) Count 1 and Carlos Sanchez (7) Count 1 and Luis F. Sanchez (8) Count 1 and Edwin Torrez (9) Count 1 and Zuleima Reyes (10) Count 1,3-6 held on 11/22/2004. Spanish Interp. Present, Pretrial Services. All attorneys present. All defendants plead: Not Guilty to all counts. Intial Status Conf. set down for January 5, 2004 @ 11:00 am. (Digital Recording) (Russo, Noreen) (Entered: 11/22/2004) |
| 11/22/2004 | ◯66 | Magistrate Judge Robert B. Collings : ORDER entered MEMORANDUM AND ORDER as to Julio Carrion Santiago (Russo, Noreen) (Entered: 11/24/2004) |
| 11/22/2004 | ◯74 | NOTICE OF ATTORNEY APPEARANCE: John F. Cicilline Jr. appearing for Julio Carrion Santiago (Russo, Noreen) (Entered: 11/29/2004) |
| 12/06/2004 | ◯96 | MOTION to Seal as to Julio Carrion Santiago, Reynaldo Rivera, Jose Rodriguez by USA. (Barrette, Mark) (Entered: 12/16/2004) |
| 12/06/2004 | ◯97 | MOTION for Order***Filed Under Seal*** as to Julio Carrion Santiago, Reynaldo Rivera, Jose Rodriguez by USA. (Barrette, Mark) (Entered: 12/16/2004) |
| 12/17/2004 | ◯ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 96 Motion to Seal as to Julio Carrion Santiago (1), Reynaldo Rivera (3), Jose Rodriguez (4); granting 97 Motion for Order as to Julio Carrion Santiago (1), Reynaldo Rivera (3), Jose Rodriguez (4) (Nicewicz, Craig) (Entered: 06/28/2005) |
| 01/05/2005 | ◯ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Inital Status Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes held on 1/5/2005. D. Casper for Gov't. Att.Glaser covering for V. Carter all other defense counsel present. C. Byrne requests additonal time for discovery. Court allows 6 weeks to 2/18/2005. April 13, 2005 for Motions to Suppress / Dismiss. Final Status Conf. set |

| | | |
|---|---|---|
| | | down for April 28, 2005 @ 11:00 AM. (Court Reporter Electronic.) (Russo, Noreen) (Entered: 01/05/2005) |
| 01/05/2005 | 103 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez. Final Status Conf. set for Thursday, April 28, 2005 @ 11:00 AM. (Russo, Noreen) (Entered: 01/10/2005) |
| 01/05/2005 | 104 | Magistrate Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez (Russo, Noreen) (Entered: 01/10/2005) |
| 01/05/2005 | 105 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez Time excluded from 10/15/2004 until 11/15/2004. Time excluded from 11/10/2004 until 11/10/2004. Time excluded from 11/15/2004 until 11/15/2004. Time excluded from 11/16/2004 until 12/13/2004. Time excluded from 11/22/2004 until 11/22/2004. Time excluded from 11/23/2004 until 12/20/2004. Time excluded from 12/29/2004 until 12/29/2004.Time excluded from 1/05/2005 until 1/05/2005. Time excluded from 1/6/2005 until 4/13/2005. Thus as of December 21, 2004, FOURTEEN (14) non-excludable days will have occured leaving FIFTY-SIX (56) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 01/11/2005) |
| 02/18/2005 | 114 | Assented to MOTION for Extension of Time to March 4, 2005 to File the discovery letters as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby Jose Torrado. (Glaser, Lenore) (Entered: 02/18/2005) |
| 03/11/2005 | | Judge Robert B. Collings : ORDER entered granting 114 Motion for Extension of Time as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11), Juan Nunez (12). (Russo, Noreen) (Entered: 03/14/2005) |
| 03/17/2005 | 118 | Assented to MOTION for Extension of Time to 3/17/05 to File Response to Joint Defense Discovery Letter as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. c/s.(Bell, Marie) (Entered: |

|            |       | 03/21/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 03/22/2005 | ❑     | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 118 Motion for Extension of Time to File Response/Reply as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Jose Torrado (6), Carlos Sanchez (7), Edwin Torrez (9), Santiago Arroyo (11), Juan Nunez (12) (Nicewicz, Craig) (Entered: 03/23/2005)                                                                                                                                                                                                  |
| 04/13/2005 | 126   | SUPERSEDING INDICTMENT as to Julio Carrion Santiago (1) count(s) 1s, 7s, 8s, Pedro Alberto Miranda (2) count(s) 1s, Reynaldo Rivera (3) count(s) 1s, 2s, 3s-6s, Jose Rodriguez (4) count(s) 1s, Enrique Agosto (5) count(s) 1s, Jose Torrado (6) count(s) 1s, Carlos Sanchez (7) count(s) 1s, Luis F. Sanchez (8) count(s) 1s, Edwin Torrez (9) count(s) 1s, Zuleima Reyes (10) count(s) 1s, 3s-6s, Santiago Arroyo (11) count(s) 1s, 2s, Juan Nunez (12) count(s) 1s. (Attachments: # 1) (Gawlik, Cathy) (Entered: 04/14/2005)                                    |
| 04/13/2005 | 127   | Judge Nathaniel M. Gorton : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Gawlik, Cathy) (Entered: 04/14/2005)                                                                                                                                                              |
| 04/13/2005 | 128   | MOTION to Suppress Items as to Julio Carrion Santiago. (Johnson, Jay) (Entered: 04/14/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 04/13/2005 | 129   | MEMORANDUM in Support by Julio Carrion Santiago re 128 MOTION to Suppress (Johnson, Jay) (Entered: 04/14/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
| 04/22/2005 | ❑     | Electronic NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez Arraignment on Superseding Indictment set for 4/29/2005 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Please be advised that the Final Status Conf. set for April 28, 2005 has been continued generally and a new date will be set at the Arraignment on the Superseding Indictment. (Russo, Noreen) (Entered: 04/22/2005) |
| 04/22/2005 | ❑     | Electronic NOTICE OF HEARING ON MOTIONS [121] Motion to Withdraw as Attorney as to Luis Sanchez, [122] Assented to Motion for Extension of Time to May 13, 2005 as to Luis F. Sanchez, [123] Assented to Motion for Extension of time as to Pedro Alberto Miranda, [125] Assented to Motion for Extention of time as to Enrique Agosto, [130] Motion to Modify Conditions of Release as to Jose Torrado Motion Hearing set for 4/29/2005 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) Modified on 4/22/2005 (Russo, Noreen). (Entered: 04/22/2005) |
| 04/27/2005 | 131   | MOTION for Extension of Time to June 6, 2005 to File Respond to suppression motions *and motion to reschedule the final status conference*                                                                                                                                                                                                                                                                                                                                                                                                                      |

| | | 03/21/2005) |
|---|---|---|
| 03/22/2005 | ❸ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 118 Motion for Extension of Time to File Response/Reply as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Jose Torrado (6), Carlos Sanchez (7), Edwin Torrez (9), Santiago Arroyo (11), Juan Nunez (12) (Nicewicz, Craig) (Entered: 03/23/2005) |
| 04/13/2005 | 126 | SUPERSEDING INDICTMENT as to Julio Carrion Santiago (1) count(s) 1s, 7s, 8s, Pedro Alberto Miranda (2) count(s) 1s, Reynaldo Rivera (3) count(s) 1s, 2s, 3s-6s. Jose Rodriguez (4) count(s) 1s, Enrique Agosto (5) count(s) 1s, Jose Torrado (6) count(s) 1s, Carlos Sanchez (7) count(s) 1s, Luis F. Sanchez (8) count(s) 1s, Edwin Torrez (9) count(s) 1s, Zuleima Reyes (10) count(s) 1s, 3s-6s, Santiago Arroyo (11) count(s) 1s, 2s, Juan Nunez (12) count(s) 1s. (Attachments: # 1) (Gawlik, Cathy) (Entered: 04/14/2005) |
| 04/13/2005 | 127 | Judge Nathaniel M. Gorton : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Gawlik, Cathy) (Entered: 04/14/2005) |
| 04/13/2005 | 128 | MOTION to Suppress Items as to Julio Carrion Santiago. (Johnson, Jay) (Entered: 04/14/2005) |
| 04/13/2005 | 129 | MEMORANDUM in Support by Julio Carrion Santiago re 128 MOTION to Suppress (Johnson, Jay) (Entered: 04/14/2005) |
| 04/22/2005 | ❸ | Electronic NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez Arraignment on Superseding Indictment set for 4/29/2005 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Please be advised that the Final Status Conf. set for April 28, 2005 has been continued generally and a new date will be set at the Arraignment on the Superseding Indictment. (Russo, Noreen) (Entered: 04/22/2005) |
| 04/22/2005 | ❸ | Electronic NOTICE OF HEARING ON MOTIONS [121] Motion to Withdraw as Attorney as to Luis Sanchez, [122] Assented to Motion for Extension of Time to May 13, 2005 as to Luis F. Sanchez, [123] Assented to Motion for Extension of time as to Pedro Alberto Miranda, [125] Assented to Motion for Extention of time as to Enrique Agosto, [130] Motion to Modify Conditions of Release as to Jose Torrado Motion Hearing set for 4/29/2005 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) Modified on 4/22/2005 (Russo, Noreen). (Entered: 04/22/2005) |
| 04/27/2005 | 131 | MOTION for Extension of Time to June 6, 2005 to File Respond to suppression motions *and motion to reschedule the final status conference* |

| | | |
|---|---|---|
| | | as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez by USA. (Casper, Denise) (Entered: 04/27/2005) |
| 04/29/2005 | ❶ | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment as to Julio Carrion Santiago (1) Count 1s,7s,8s and Reynaldo Rivera (3) Count 1s,2s,3s-6s and Jose Rodriguez (4) Count 1s and Enrique Agosto (5) Count 1s and Jose Torrado (6) Count 1s and Carlos Sanchez (7) Count 1s and Luis F. Sanchez (8) Count 1s and Edwin Torrez (9) Count 1s and Zuleima Reyes (10) Count 1s,3s-6s and Juan Nunez (12) Count 1s held on 4/29/2005, Plea entered by by Julio Carrion Santiago, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez, Not Guilty on counts 1s-8s. Final Status Conf. set for 6/23/2005 @ 11:30 A.M. (Digital Recording.) (Russo, Noreen) Modified on 5/4/2005 (Russo, Noreen). (Entered: 04/29/2005) |
| 05/04/2005 | ❶133 | Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez (Russo, Noreen) Additional attachment(s) added on 5/12/2005 (Russo, Noreen). (Entered: 05/11/2005) |
| 06/06/2005 | ❶145 | Opposition by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Edwin Torrez re 128 MOTION to Suppress, [124] MOTION to Suppress, [138] MOTION to Suppress (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Elefther, Elizabeth) (Entered: 06/10/2005) |
| 06/06/2005 | ❶147 | MOTION for Leave to File Excess Pages in Opposition to Motion to Suppress Evidence as to Julio Carrion Santiago, Pedro Alberto Miranda, Edwin Torrez by USA. (Elefther, Elizabeth) (Entered: 06/10/2005) |
| 06/09/2005 | ❶ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 131 Motion for Extension of Time as to Julio Carrion Santiago (1), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11); granting 118 Motion for Extension of Time to File Response/Reply as to Enrique Agosto (5), Zuleima Reyes (10); granting [125] Motion for Extension of Time to File as to Enrique Agosto (5); granting [122] Motion for Extension of Time to File as to Luis F. Sanchez (8) (Nicewicz, Craig) (Entered: 06/09/2005) |
| 06/15/2005 | ❶ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 147 Motion for Leave to File Excess Pages as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Edwin Torrez (9); granting [146] Motion for Leave to File Excess Pages as to Zuleima Reyes (10) (Nicewicz, Craig) (Entered: 06/15/2005) |
| 06/22/2005 | ❶152 | NOTICE of Final Status Conference Report by USA as to Julio Carrion |

| | | Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Casper, Denise) (Entered: 06/22/2005) |
|---|---|---|
| 06/23/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Final Status Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez held on 6/23/2005. D. Casper for Gov't, Defense counsel Cicilline does not appear. Court indicates date of 7/15/2005 for Mr. Goldstien to file discovery motions, if no motion(s) filed the case will be forwarded to District Court Judge, court will hold case until 7/15/2005. Court also takes up issue of Jose Torrado's motion to modify conditions of release. Court notes 6/22/2005 denial of [142] but requests new motion from Ms. Glaser, with Mr. Torrado's wife's hours of work, where she works, and why def't cannot care for children with electronic monitoring. (Digital Recording.) (Russo, Noreen). (Entered: 06/23/2005) |
| 06/27/2005 | ❏153 | MOTION for Leave to File Memorandum in Excess of Twenty Pages in Opposition to the motion to Suppress Wiretap Evidence filed by Luis Sanchez (7) and Motion to Sealas to Julio Carrion Santiagoby USA. (Elefther, Elizabeth) (Entered: 06/28/2005) |
| 07/22/2005 | ❏163 | NOTICE of Withdrawal of Appearance in case as to Julio Carrion Santiago. Attorney Denise J. Casper terminated. (Elefther, Elizabeth) (Entered: 07/22/2005) |
| 07/22/2005 | ❏164 | NOTICE OF ATTORNEY APPEARANCE William F. Bloomer appearing for USA. (Elefther, Elizabeth) (Entered: 07/22/2005) |
| 07/26/2005 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 153 Motion for Leave to File Excess Pages as to Julio Carrion Santiago (1); granting 3 Motion to Unseal Case as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11) (Nicewicz, Craig) (Entered: 07/26/2005) |
| 09/20/2005 | ❏170 | Judge Nathaniel M. Gorton : MEMORANDUM AND ORDER entered denying 128 Motion to Suppress as to Julio Carrion Santiago (1); denying [151] Motion to Suppress as to Luis F. Sanchez (8); denying [134] Motion to Suppress as to Zuleima Reyes (10) (Elefther, Elizabeth) (Entered: 09/21/2005) |
| 09/21/2005 | ❏ | Notice of correction to docket made by Court staff. Correction: Docket No 170 was corrected to reflect correct judgment on motion as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Elefther, Elizabeth) (Entered: 09/21/2005) |
| 10/18/2005 | ❏ | Notice of correction to docket made by Court staff. Correction: Docket |

| | | |
|---|---|---|
| | | No 180 corrected because it was a duplicated entry of 181. (Elefther, Elizabeth) (Entered: 10/18/2005) |
| 10/18/2005 | 183 | Judge Robert B. Collings : ORDER entered. ORDER AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Russo, Noreen) (Entered: 10/18/2005) |
| 10/18/2005 | ❏ | Case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 10/18/2005) |
| 10/21/2005 | ❏ | NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez Initial Pretrial Conference set for 11/1/2005 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/21/2005) |
| 11/01/2005 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez held on 11/1/2005. Court will deny motion to suppress of Edwin Torrez (M&O to issue), one other outstanding motion to suppress to be heard week of 11/14/05. Motions in limine due 3/6/06, responses 3/13/06. Proposed voir dire, propsed verdict form, witness and exhibit lists due 3/13/06, responses and objections due 3/20/06. Propsed jury instructions 3/20/06. Court has colloquy with counsel on empanelment method. Jury Trial set for 3/27/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Romanow.) (Nicewicz, Craig) (Entered: 11/01/2005) |
| 11/07/2005 | 189 | MOTION for Extension of Time to March 27th, 2006 to prepare defense case as to Julio Carrion Santiago. (Elefther, Elizabeth) (Entered: 11/08/2005) |
| 11/09/2005 | ❏ | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 189 Motion for Extension of Time as to Julio Carrion Santiago (1); granting [90] Motion to Seal Document as to Jose Rodriguez (4); granting [187] Motion for Rule 11 Hearing as to Jose Torrado (6); granting [190] Motion to Exclude as to Edwin Torrez (9) (Nicewicz, Craig) (Entered: 11/09/2005) |
| 01/27/2006 | 204 | MOTION to Continue as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) |

| | | (Entered: 01/27/2006) |
|---|---|---|
| 01/31/2006 | 206 | MOTION to Sever as to Julio Carrion Santiago. (Attachments: # (1) # (2))(Cicilline, John) (Entered: 01/31/2006) |
| 01/31/2006 | 208 | MEMORANDUM in Support by Julio Carrion Santiago re 206 MOTION to Sever (Sonnenberg, Elizabeth) (Entered: 02/02/2006) |
| 01/31/2006 | ❏ | Notice of correction to docket made by Court staff. Correction: Docket No. 206 corrected because the Memorandum in Support was attached to the Motion as to Julio Carrion Santiago. Clerk has notified Attorney of correct e-filing procedures. (Sonnenberg, Elizabeth) (Entered: 02/02/2006) |
| 02/13/2006 | ❏ | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: trial (Nicewicz, Craig) (Entered: 02/13/2006) |
| 02/13/2006 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting in part and denying in part 204 Motion to Continue as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Juan Nunez (12) Status Conference set for 3/23/2006 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. A final postponed trial date will be determined. (Nicewicz, Craig) (Entered: 02/13/2006) |
| 02/16/2006 | 211 | Opposition by USA as to Julio Carrion Santiago re 206 MOTION to Sever (Bloomer, William) (Entered: 02/16/2006) |
| 03/23/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez held on 3/23/2006, Motion Hearing as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez held on 3/23/2006 re MOTION withdraw as attorney as to Agosto- Allowed after hearing at sidebar. Eugene Pat McCann accepts appointment. Any motions to sever to be filed within 30 days. Court will consider pending motion to suppress, govt. response due within 21 days. Motions in limine 4 weeks prior to trial, responses and proposed exhibit/witness lists 3 weeks before. Proposoed voir dire and any objections to wit/exh lists 2 weeks prior, proposed jury instructions 1 week before trial. Jury Trial set for 7/17/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton, or in the alternative 10/16/06. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 03/29/2006) |
| 03/24/2006 | 219 | MOTION to Continue to July 17, 2006 to Trial as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, |

| | | |
|---|---|---|
| | | Enrique Agosto, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunezby Julio Carrion Santiago. (Cicilline, John) (Entered: 03/24/2006) |
| 03/27/2006 | 220 | MOTION to Strike *Motion to Suppress* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 03/27/2006) |
| 03/29/2006 | ❏ | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: (Nicewicz, Craig) (Entered: 03/29/2006) |
| 04/14/2006 | 222 | MOTION for Extension of Time to April 21, 2006 to File Response/Reply *to Motion to Suppress (Rodriguez)* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 04/14/2006) |
| 04/18/2006 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 219 Motion to Continue as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Juan Nunez (12); granting 222 Motion for Extension of Time to File Response/Reply as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11), Juan Nunez (12); granting [218] Motion to Exclude as to Edwin Torrez (9); granting 204 Motion to Continue as to Santiago Arroyo (11) (Nicewicz, Craig) (Entered: 04/18/2006) |
| 04/21/2006 | 224 | Letter from William Bloomer (non-motion) regarding proposed grouping of defendants as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Sonnenberg, Elizabeth) (Entered: 04/21/2006) |
| 05/04/2006 | 226 | NOTICE OF ATTORNEY APPEARANCE Sharron A. Kearney appearing for USA. (Kearney, Sharron) (Entered: 05/04/2006) |
| 05/16/2006 | 229 | MOTION to Continue *Trial to October 16, 2006* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 05/16/2006) |
| 05/16/2006 | ❏ | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, |

|            |        | Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: trial (Nicewicz, Craig) (Entered: 05/16/2006) |
|------------|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------|
| 05/16/2006 | ❍ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 229 Motion to Continue as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Santiago Arroyo (11), Juan Nunez (12) Motion allowed; no further continuances. Jury Trial set for 10/16/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. None of the defendants nor any claims will be severed. (Nicewicz, Craig) (Entered: 05/16/2006) |
| 08/14/2006 | ❍249 | US Marshal Process Receipt and Return for Dismissal of Forfeiture. One Gray 2004 Toyota Matrix, registrant's name: Harry Medina served Delivered on 7/25/06 (Sonnenberg, Elizabeth) (Entered: 08/15/2006) |
| 08/25/2006 | ❍250 | MOTION to Dismiss as to Julio Carrion Santiago. (Cicilline, John) Additional attachment(s) added on 8/30/2006 (Sonnenberg, Elizabeth). (Entered: 08/25/2006) |
| 08/25/2006 | ❍251 | PRETRIAL MEMORANDUM by Julio Carrion Santiago (Cicilline, John) Additional attachment(s) added on 8/30/2006 (Sonnenberg, Elizabeth). (Entered: 08/25/2006) |
| 08/28/2006 | ❍ | Motions terminated as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: 220 MOTION to Strike filed by USA,, 206 MOTION to Sever filed by Julio Carrion Santiago, denied in open court. (Nicewicz, Craig) (Entered: 08/28/2006) |
| 09/01/2006 | ❍252 | Opposition to as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: 250 MOTION to Dismiss filed by Julio Carrion Santiago,. (Bloomer, William) Modified on 9/5/2006 (Sonnenberg, Elizabeth). (Entered: 09/01/2006) |
| 09/05/2006 | ❍ | Notice of correction to docket made by Court staff. Correction: Docket No. 252 corrected because: Attorney selected the wrong event. The correct event should be "Opposition to a Motion," clerk has edited the docket text. as to Julio Carrion Santiago (Sonnenberg, Elizabeth) (Entered: 09/05/2006) |
| 09/12/2006 | ❍256 | Objection as to Julio Carrion Santiago: (Cicilline, John) (Entered: 09/12/2006) |
| 09/12/2006 | ❍257 | Memorandum as to Julio Carrion Santiago (Cicilline, John) (Entered: 09/12/2006) |
| 09/12/2006 | ❍258 | MOTION to Take Deposition as to Julio Carrion Santiago. (Cicilline, John) (Entered: 09/12/2006) |

| 09/12/2006 | ●259 | MEMORANDUM in Support by Julio Carrion Santiago re 258 MOTION to Take Deposition (Cicilline, John) (Entered: 09/12/2006) |
|---|---|---|
| 09/15/2006 | ●269 | MOTION in Limine *to Introduce Evidence of Defendants' Heroin Trafficking* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Attachments: # 1 # 2 # 3)(Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | ●270 | Second MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | ●271 | Third MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | ●272 | Fourth MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | ●273 | Fifth MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/21/2006 | ●279 | Opposition by USA as to Julio Carrion Santiago re 258 MOTION to Take Deposition (Bloomer, William) (Entered: 09/21/2006) |
| 09/21/2006 | ●280 | Opposition by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Juan Nunez re [241] MOTION in Limine *RE: SOFT EXPERTS*, [262] First MOTION in Limine, 250 MOTION to Dismiss (Bloomer, William) Additional attachment(s) added on 10/10/2006 (Sonnenberg, Elizabeth). (Entered: 09/21/2006) |
| 09/22/2006 | ●281 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 09/22/2006) |
| 09/22/2006 | ●282 | Opposition by Juan Nunez as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re 271 Third MOTION in Limine |

|  |  | RE: GOVERNMENT'S MOTION PURSUANT TO UNITED STATES V. RENGIFO REGARDING ENGLISH LANGUAGE TRANSLATIONS OF TAPE RECORDED SPANISH CONVERSATIONS (Witkin, Roger) (Entered: 09/22/2006) |
|---|---|---|
| 09/22/2006 | 283 | Opposition by Juan Nunez as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re 270 Second MOTION in Limine OPPOSITION TO GOVERNMENT'S MOTION TO SEQUESTER WITNESSES AND TO REQUEST THAT THE CASE AGENT BE ALLOWED TO REMAIN IN THE COURTROOM (Witkin, Roger) (Entered: 09/22/2006) |
| 09/22/2006 | 284 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 09/22/2006) |
| 09/22/2006 | 285 | MOTION to Withdraw as Attorney by Sharron A. Kearney. as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Kearney, Sharron) (Entered: 09/22/2006) |
| 09/22/2006 | 286 | MEMORANDUM in Opposition by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re [275] MOTION for Leave to File *additional motions in limine* (Bloomer, William) (Entered: 09/22/2006) |
| 09/22/2006 | 287 | MEMORANDUM in Opposition by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re [263] Second MOTION in Limine *regarding alias* (Bloomer, William) (Entered: 09/22/2006) |
| 09/25/2006 | 293 | Letter (non-motion) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 09/25/2006) |
| 09/26/2006 | 294 | SEALED MOTION as to Julio Carrion Santiagoby USA. (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/26/2006 | 295 | SEALED MOTION as to Julio Carrion Santiagoby USA. (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 10/02/2006 | 300 | Proposed Voir Dire by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima |

| | | Reyes, Santiago Arroyo, Juan Nunez (Rue, Nancy) (Entered: 10/02/2006) |
|---|---|---|
| 10/02/2006 | ◑301 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 10/02/2006) |
| 10/04/2006 | ❏ | ELECTRONIC NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Carlos Sanchez, Zuleima Reyes, Juan Nunez Pretrial Conference set for 10/11/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/04/2006) |
| 10/06/2006 | ❏ | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Carlos Sanchez, Zuleima Reyes, Juan Nunez: (Nicewicz, Craig) (Entered: 10/06/2006) |
| 10/06/2006 | ❏ | ELECTRONIC NOTICE OF RESCHEDULING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Carlos Sanchez, Zuleima Reyes, Juan Nunez Pretrial Conference set for 10/13/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. The 10/11/06 date is cancelled.(Nicewicz, Craig) (Entered: 10/06/2006) |
| 10/10/2006 | ◑306 | Proposed Jury Instructions by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Rue, Nancy) (Entered: 10/10/2006) |
| 10/10/2006 | ◑307 | Proposed Jury Instructions by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Rue, Nancy) (Entered: 10/10/2006) |
| 10/13/2006 | ◑317 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 10/13/2006) |
| 10/13/2006 | ◑331 | *SEALED*    SEALED MOTION as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Sonnenberg, Elizabeth) Modified on 10/27/2006 (Sonnenberg, Elizabeth). Additional attachment (s) added on 10/27/2006 (Sonnenberg, Elizabeth). (Entered: 10/27/2006) |
| 10/13/2006 | ❏ | *SEALED*    Judge Nathaniel M. Gorton : Electronic ORDER entered denying 331 Sealed Motion. "Motion for protective order is denied; the letters will be disclosed; whether they are admissable will be determined at the time of trial."(clerk rec'd for docketing 10/27/06, Government already had a copy of order.) (Entered: 10/27/2006) |
| | | |

| 10/15/2006 | 🔾 319 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 10/15/2006) |
|---|---|---|
| 10/16/2006 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Voir Dire begun on 10/16/2006 Pedro Alberto Miranda (2) on Count 1s and Juan Nunez (12) on Count 1s and Carlos Sanchez (7) on Count 1s and Julio Carrion Santiago (1) on Count 1s,7s,8s and Jose Rodriguez (4) on Count 1s (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/19/2006) |
| 10/16/2006 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Panel sworn.Voir Dire held on 10/16/2006 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez, Jury Selection as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/16/2006; 7 jurors selected from first panel, remaining from 2nd panel. Jury Trial Day 1 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/16/2006 (Court Reporter Dahlstrom.) (Entered: 10/19/2006) |
| 10/16/2006 | 🔾 | Motions terminated as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Luis F. Sanchez, Santiago Arroyo: 285 MOTION to Withdraw as Attorney filed by USA,, 271 MOTION in Limine filed by USA,, 270 MOTION in Limine filed by USA,, [275] MOTION for Leave to File *additional motions in limine* filed by Luis F. Sanchez,, 272 MOTION in Limine filed by USA,, 273 MOTION in Limine filed by USA,, 269 MOTION in Limine filed by USA,, [274] MOTION to join motions in limine filed by codefendants filed by Luis F. Sanchez,. (Nicewicz, Craig) (Entered: 11/17/2006) |
| 10/17/2006 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 2 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/17/2006. Jury sworn. Court instructs. Govt. opening. Santiago opening. Nunez opening. Testimony of J. Jakuttis. Testimony of T. Hanson. Testimony of F. Figueroa. (Court Reporter Dahlstrom.) (Nicewicz, Craig) Modified on 10/19/2006 (Nicewicz, Craig). (Entered: 10/19/2006) |
| 10/18/2006 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 3 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/18/2006. Testimony of W. Samaris. Testimony of M. Chavez. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/19/2006) |
| 10/19/2006 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 4 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/19/2006. Testimony of M. Chavez continues. (Court Reporter |

| | | |
|---|---|---|
| | | O'Hara.) (Nicewicz, Craig) (Entered: 10/19/2006) |
| 10/20/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 5 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/20/2006. Testimony of Chavez continues. Testimony of K. Frye. Testimony of R. Coletti. Testimony of M. O'Shaughnessy. Testimony of T. Prough. Testimony of J. Jakubowski. Testimony of J. Fay. Adjoured until Monday 10/23/06 at 9:00 a.m. (Court Reporter Joyce.) (Nicewicz, Craig) (Entered: 10/23/2006) |
| 10/23/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 6 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/23/2006. Testimony of Greg Willoughby. Testimony of Gioidani. Testimony of Trudel. Testimony of Proulx. Testimony of Joly. Testimony of Napalatano. Testimony of Barton. Testimony of O'Hara. Testimony of Crouse. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/24/2006) |
| 10/24/2006 | ❏322 | Proposed Jury Instructions by Julio Carrion Santiago (Cicilline, John) (Entered: 10/24/2006) |
| 10/24/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 7 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/24/2006. Testimony of Crouse continues. Testimony of J. Loney. Testimony of N. Cordova. Testimony of F. Cuebas. Testimony of Jamie Cepero. Government rests. Jury excused. Charge conference to be held after afternoon hearings. Closings and charge to jury tomorrow morning. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/24/2006) |
| 10/24/2006 | ❏323 | TRANSCRIPT of Jury Trial Day Four as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on October 19, 2006 before Judge Gorton. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/24/2006) |
| 10/24/2006 | ❏324 | PARTIAL TRANSCRIPT of Jury Trial Day Five as to Julio Carrion Santiago held on October 29, 2006 before Judge Gorton. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/24/2006) |
| 10/25/2006 | ❏326 | EXCERPT TRANSCRIPT of Jury Trial Day Three (Testimony of Marco Chavez) as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on October 18, 2006 before Judge Gorton. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be |

| | | |
|---|---|---|
| | | obtained by contacting the court reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/26/2006) |
| 10/26/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Jury Charge: 9:25am to 10:20am. Deliberations: Begin at 10:25 am. Lunch Ordered for 12:00 pmJury Trial as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/26/2006 (Court Reporter Cheryl Dalhstom.) (Sonnenberg, Elizabeth) (Entered: 10/26/2006) |
| 10/27/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 10 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/27/2006. Jury deliberations continued. Jury reaches verdict 10:18 a.m. Court thanks jury. Defendants are remanded to the custody of the US Marshal. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/27/2006) |
| 10/27/2006 | ❍327 | EXHIBIT/WITNESS LIST (Sonnenberg, Elizabeth) (Entered: 10/27/2006) |
| 10/27/2006 | ❍328 | JURY PANEL/WITNESSES by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez (Sonnenberg, Elizabeth) (Entered: 10/27/2006) |
| 10/27/2006 | ❍329 | JURY VERDICT as to Pedro Alberto Miranda (2) Guilty on Count 1 and Juan Nunez (12) Guilty on Count 1 and Carlos Sanchez (7) Guilty on Count 1 and Julio Carrion Santiago (1) Guilty on Count 1s,7s and Jose Rodriguez (4) Guilty on Count 1s. (Attachments: # 1)(Sonnenberg, Elizabeth) (Entered: 10/27/2006) |
| 11/14/2006 | ❍ | ELECTRONIC NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda Sentencing set for 2/16/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/14/2006) |
| 12/07/2006 | ❍334 | SENTENCING MEMORANDUM by Julio Carrion Santiago (Cicilline, John) (Entered: 12/07/2006) |
| 12/08/2006 | ❍335 | TRANSCRIPT of Proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/17/06 before Judge Gorton. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Gawlik, Cathy) (Entered: 12/11/2006) |
| 12/08/2006 | ❍336 | TRANSCRIPT of Proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on October 25, 2006 before Judge Gorton. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Gawlik, Cathy) (Entered: 12/11/2006) |
| | | |

| 01/09/2007 | 343 | NOTICE of Withdrawal of Appearance by Government Attorney Sharron A. Kearney as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Kearney, Sharron) (Entered: 01/09/2007) |
|---|---|---|
| 01/09/2007 | ❑ | Attorney update in case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez. Attorney Sharron A. Kearney terminated. (Sonnenberg, Elizabeth) (Entered: 01/11/2007) |
| 02/07/2007 | ❑ | Terminate Deadlines and Hearings as to Julio Carrion Santiago: sentencing (Nicewicz, Craig) (Entered: 02/07/2007) |
| 02/07/2007 | ❑ | ELECTRONIC NOTICE OF RESCHEDULING as to Julio Carrion Santiago Sentencing set for 3/13/2007 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 02/07/2007) |
| 03/01/2007 | 351 | MOTION for Hearing *and Exclusion of Time* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 03/01/2007) |
| 03/07/2007 | 353 | MOTION for Forfeiture of Property as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 03/07/2007) |
| 03/12/2007 | 354 | SENTENCING MEMORANDUM by USA as to Julio Carrion Santiago (Bloomer, William) (Entered: 03/12/2007) |
| 03/13/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Sentencing held on 3/13/2007 for Julio Carrion Santiago (1), Count(s) 1s, 188 months on count 1s; Count(s) 7s, 60 months on count 7s consecutively to terms imposed on counts 1s and 8s. SR of 60 months to run concurrently.; Count(s) 8s, 120 months on count 8s concurrently with count 1s. 500 hour drug treatment program. No fine. Restitution n/a. Submit DNA sample. Substance abuse counseling. $300 SA. Forfeiture amount of $235, 920.00 (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 03/28/2007) |
| 03/14/2007 | ❑ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 351 Motion for Hearing and to exclude time. (Nicewicz, Craig) (Entered: 03/14/2007) |
| 03/15/2007 | 356 | MOTION to Appoint Counsel for CJA Appellate Counselas to Julio Carrion Santiago. (Sonnenberg, Elizabeth) (Entered: 03/15/2007) |
| 03/20/2007 | 359 | MOTION to Withdraw as Attorney by JOHN F. CICILLINE. as to Julio Carrion Santiago. (Cicilline, John) (Entered: 03/20/2007) |

Case 1:04-cr-10358-RWC    Document 368-2    Filed 04/10/2007    Page 22 of 22

| 03/21/2007 | ●360 | NOTICE OF APPEAL by Julio Carrion Santiago NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/10/2007. (Sonnenberg, Elizabeth) (Entered: 03/22/2007) |
| 03/26/2007 | ●362 | NOTICE OF APPEAL by Julio Carrion Santiago NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/16/2007. (Sonnenberg, Elizabeth) (Entered: 03/28/2007) |