UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10336

United States of America

v.

Julio Santiago

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-4, 31, 46-50, 66, 74, 96, 97, 103-105, 114, 118, 126-129, 131, 133, 145, 147, 152, 153, 163, 164, 170, 183, 189, 204, 206, 208, 211, 219, 220, 222, 224, 226, 229, 249-252, 256-259, 269-273, 279-287, 293-295, 300, 301, 306, 307, 317, 319, 322-324, 326, 327-329, 334-336, 343, 351, 353-356, 359, 360, 362

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/26/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 9, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4/10/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06