# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1574

UNITED STATES,

Appellee,

v.

JULIO CARRION SANTIAGO, a/k/a Macho,

Defendant, Appellant.

### JUDGMENT

Entered: August 30, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No.07-1575.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/30/07

By the Court:
Richard Cushing Donovan, Clerk

By: ERIC H. DENINGER
    Appeal Attorney

[cc: Julio Carrion Santiago, William F. Bloomer, AUSA, Dina M. Chaitowitz, AUSA, John F. Cicilline, Esq.