<pre>
            JULIO CARRION SANTIAGO
              REG. NO. 71378-053
              FCC PETERSBURG (LOW)
                 P.O. BOX 1000
           PETERSBURG, VIRGINIA 23804
</pre>

September 6, 2007

Clerk of the Court
United States District Court
For the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02110

FILED IN CLERKS OFFICE
2007 SEP 10 P 3: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.
Please read other side

RE: United States v. Julio Carrion Santiago, Case No. 1:04-CR-10336-NMG and USCA No. 07-1575, Motion for leave to proceed in forma pauperis.

Dear Sir/Madam:

  Please find enclosed the above captioned motion, which I have been ordered to file by the United States Court of Appeals (First Circuit). I have been further ordered to send proof of filing of this Motion to the Appeals Court.

  For that reason, I have also enclosed a self addressed stamped envelope. Please mail to me a copy of the first page of this motion bearing you date filed stamp, which I will forward to the Court.

  I have also sent a copy of this Motion to the Appeals Court as well. Knowing that your court is located in the same complex as the Appeals Court there may be a more expeditious way to inform the Appeals Court of this filing, thereby noticing them of the proof that they require. If so, please do notice them and use the enclosed envelope to inform me in writing.

  Your attention, cooperation, and courtesy is anticipated and appreciated in this important matter.

                                    Very truly yours,

                                    /s/ Julio Santiago
                                    _____
                                    Julio Carrion Santiago
                                    Defendant, pro se

Dear Clerk,

Enclosed you will find a self-addressed stamped envelope. I filed a Motion with the Court, which you should receive in a larger packet today. This letter (on the opposite page) was included, however I failed to put the envelope in.

Please make a copy of the first page of my Motion after you have date stamped it and mail same to me in the enclosed envelope.

Thank You

LS