# United States Court of Appeals
## For the First Circuit

No. 07-1575
DC No. 04-10336

UNITED STATES,

Appellee,

v.

JULIO CARRION SANTIAGO, a/k/a Macho,

Defendant, Appellant.

**ORDER OF COURT**
Entered: September 14, 2007
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to proceed in forma pauperis and supporting financial affidavit, with attached prison trust account statement, are transmitted to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

After appellant's status is deemed in forma pauperis by the district court, a request may be made for appointment of counsel under the Criminal Justice Act.

By the Court:
Richard Cushing Donovan, Clerk

By: _____
Chief Deputy Clerk

[cc: Juilo Carrion Santiago, William F. Bloomer, AUSA,
Dina M. Chaitowitz, AUSA, John F. Cicilline, Esq.]

[certified copies: Honorable Nathaniel M. Gorton, Sarah A. Thornton, Clerk United States District Court for the District of Massachusetts]

[cc: Juilo Carrion Santiago, William F. Bloomer, AUSA, Dina M. Chaitowitz, AUSA, John F. Cicilline, Esq.]