UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 04-10336-NMG |
| | ) | |
| JULIO CARRION SANTIAGO et al. | ) | |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

By:    */s/ Robert Fisher*
          ROBERT FISHER
          Assistant U.S. Attorney

Dated: December 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Robert Fisher*
ROBERT FISHER
Assistant United States Attorney

Date: December 6, 2007