# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.

CRIMINAL. NO. 04-10336-NMG-12

CIVIL ACTION NO. 10-10835-NMG

JULIO CARRION SANTIAGO,
   Defendant.

## REPORT AND RECOMMENDATION ON PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN CUSTODY (#522) AND ON PETITIONER'S MO[TION] FOR AN EVIDENTIARY HEARING BASE[D] ON THE GOVERNMENT'S SURREBUTTAL BRIEF (#545)

COLLINGS, U.S.M.J.

*After consideration of petitioner's objection (Docket No. 596) thereto,*

### I. Introduction

*Report and Recommendation accepted and adopted.*

*S/NMGorton, USDJ  1/11/13*